Tammy Hussin (Bar No. 155290)
HUSSIN LAW FIRM
1596 N. Coast Highway 101
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
tammy@hussinlaw.com

Yvette Golan (admitted pro hac vice)
THE GOLAN LAW FIRM PLLC
1712 N Street, N.W., Suite 302
Washington, DC 20036
Tel: (866) 298-4150, ext. 101
Fax: (928) 441-8250
ygolan@tgfirm.com

James A. Francis*
John Soumilas*
Edward H. Skipton*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
eskipton@consumerlawfirm.com
*Pro hac vice forthcoming

Attorneys for Plaintiffs Haley Martinez,
Matthew Sheridan, and the Class

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY MARTINEZ and MATTHEW SHERIDAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF SAN DIEGO, <br><br> Defendant. | Case No. 3:20-cv-01946-GPC-WVG <br><br><br> **SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> Demand for Jury Trial |

Plaintiffs Haley Martinez and Matthew Sheridan bring this action on behalf of themselves and all others similarly situated against Defendant University of San Diego ("USD"), and complain and allege upon personal knowledge as to themselves

1  and their own acts and experiences, and, as to all other matters, upon information and
2  belief, including investigation conducted by their attorneys, and say:

## I.   **NATURE OF THE CASE**

4      1.      USD is a prestigious private university in San Diego, California,
5  providing higher education in the arts, sciences, law, business, nursing and health
6  science, engineering, leadership and education, and peace studies. Plaintiffs are
7  students at USD's Paralegal Certificate Program.

8      2.      On March 12, 2020, USD announced that it was canceling in-person
9  classes due to the pandemic of the Coronavirus Disease 2019 ("COVID-19").

10     3.      Plaintiffs do not dispute that USD's decision to cease in-person
11 instruction was warranted. Plaintiffs ask merely to be refunded the money they spent
12 for educational services that were not provided.

13     4.      Prior to its March 12, 2020 announcement that it would cease in-person
14 instruction, USD forbade students from transferring credits earned through an online
15 format.[2] For the few classes for which USD provided online instruction, USD
16 charged far less in tuition. For example, USD charged $1,580 per unit of on-campus
17 classes for its Master of Science in Health Care Informatics, but charged ***41% less*** –

---

[2]      USD Petition to Transfer Credits, *available at*
http://web.archive.org/web/20200611012018/https://www.sandiego.edu/cas/student-resources/transferring-credits.php (last viewed Sept. 22, 2020). *See also* USD School of Business Requirements ("Currently, the School of Business does not accept any online courses or hybrid courses for continuing students at the undergraduate level.") *available at*
https://catalogs.sandiego.edu/undergraduate/colleges-schools/business-administration/#requirementstext (last viewed Sept. 22, 2020).

SECOND AMENDED CLASS ACTION COMPLAINT

$925 per unit – for the online version of the same class, for the same degree.[3]



**University** *of* **San Diego**®

**M.S. in Health Care Informatics**

On-Campus

- Cost per unit: $1,580
- Total units: 42
- Total program tuition: $66,360

Online

- Cost per unit: $925
- Total units: 37
- Total program tuition: $34,225

5.     Though USD could no longer provide the promised hours of instruction, USD demanded that students pay the full tuition price.

6.     Adding insult to injury, USD in fact *increased* its tuition.

7.     Similarly, students paid fees for services and access to facilities and equipment over the full semester. Though USD provided these services and facility/equipment access for only part of the semester, and could not provide them for the full semester, USD demanded that students pay fees for the entire semester.

8.     While the effects of the COVID-19 crisis are shared by all individuals and institutions across the country, USD has failed to apportion the burden in an equitable manner or consistent with its obligations as an educational institution.

9.     USD is not entitled, by either contract or equitable principles, to pass the entire cost of its COVID-19 related closure to its students and their families.

---

[3]     Financial Aid for Graduate Students at USD, *available at* https://onlinedegrees.sandiego.edu/become-a-student/tuition-financial-aid/ (last viewed Sept. 24, 2020).

SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiffs and the putative class are entitled to a partial refund of the tuition, fees, and other related payments for in-person educational services, access to facilities, and/or related opportunities for which they paid that USD did not provide.

10. USD's deeply discounted online course tuition reflects the inability of online classes to replicate the full academic opportunities and experiences of in-person instruction. Remote learning options cannot replace the comprehensive educational experience promised by USD. Access to facilities, materials, laboratories, faculty, student collaboration, and the opportunity for on campus living, school events, dialogue, feedback and critique are essential to the in-person educational experience.

11. Plaintiffs and the putative class contracted and paid for an education, not course credits. They paid for the robust education and full experience of academic life on USD's campus; remote online learning cannot provide the same value as in-person education.

12. As a result, USD has financially damaged Plaintiffs and the putative class members. Plaintiffs bring this suit because Plaintiffs and the class members did not receive the full value of the services for which they paid. They lost the benefit of their bargain and/or suffered out-of-pocket loss. They are entitled to recover compensatory damages, trebling where permitted, and attorneys' fees and costs.

13. Plaintiffs seek, for themselves and the putative class members, a return of a prorated portion of the tuition, fees and other related costs, proportionate to the diminished value of online classes and the amount of time in the Spring 2020 and following semesters when USD ceased in-person classes, campus services and access to campus facilities, continuing through to such time as USD reinstates in-person classes.

## II.   <u>JURISDICTION AND VENUE</u>

14. The Court has original jurisdiction of this action pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because at least one member of the Class,

as defined below, is a citizen of a different state than USD, there are more than 100 members of the Class, and the aggregate amount in controversy exceeds five million dollars ($5,000,000.00), exclusive of interest and costs.

15.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because USD is headquartered in this district.

16.     The Court has personal jurisdiction over USD because USD is headquartered in this district, because many of the acts and transactions giving rise to this action occurred in this district, and because USD conducts substantial business in this district. USD's principal place of business is in this district.

17.     A substantial portion of USD students are not citizens of California. In the 2019-2020 academic year, 46% of USD's first-time, first-year students were not citizens of California.[4] Over 36% of USD's students enrolled in the Spring 2020 semester are not citizens of California (*i.e.,* 2,723 full-time students and 461 part-time students are citizens of another state or country).

18.     Plaintiff Martinez is domiciled in New York, and she is a citizen of New York.

19.     USD, a non-profit corporation, is a citizen of California, with its principal place of business in California.

### III.   PARTIES

20.     Plaintiff Haley Martinez lives in the State of California, but her permanent address and her domicile is in the State of New York. Plaintiff Martinez is thus a citizen of the State of New York. Plaintiff Martinez is attending USD's Paralegal Certificate Program during the Fall 2020 semester. Plaintiff Martinez paid, either directly or through a third party paying on her behalf, $6,840 in tuition for the 2020 Fall semester (accelerated program).

21.     Plaintiff Matthew Sheridan is a citizen and resident of the State of

---

[4]     University of San Diego, 2019-2020 Common Data Set at 16, *available at* https://www.sandiego.edu/facts/documents/cds/CDS_2019-20.pdf (last viewed Nov. 16, 2020).

California. Plaintiff Sheridan is attending USD's Paralegal Certificate Program during the Spring 2020, Summer 2020, and Fall 2020 semesters. Plaintiff Sheridan paid, either directly or through a third party paying on his behalf, $6,525 in tuition for the 2020 Spring, Summer, and Fall semesters.

22.   USD is a private research university comprised of seven constituent schools. For the Spring 2020 semester, USD had a total enrollment of 5,643 undergraduate students and 3,120 graduate students. USD reported it had an endowment of $546 million for the 2019 fiscal year. USD is a non-profit corporation. Its principal place of business is in San Diego, California, its headquarters is in San Diego, California, and it conducts the vast majority of its activities, including the activities giving rise to this suit, in San Diego, California.

## IV.   FACTUAL ALLEGATIONS

### A.   Contract Terms

23.   Plaintiffs and Class members entered into a contract with USD whereby, in exchange for the payment of tuition, fees and other related costs, USD would provide an agreed-upon number of classes through in-person instruction (as described in the course catalog) and access to physical resources and school facilities such as libraries, laboratories, and classrooms.

24.   USD committed to providing the courses as described in its marketing materials, website, and the course catalog.

25.   For each class, USD promised to provide the education specified in the course catalog and syllabus, including the time and physical location of the in-person instruction. An example of such a promise is below:[5]

---

**20th Century Continental Phil**                                                    Michelle Gilmore-Grier
**PHIL 474 Section 01 CRN:** 4148
Credits:          3
Meeting Time:   TR 10:45 am - 12:05 pm, CH112 112 (27-JAN-2020 - 13-MAY-2020)

A survey of the major figures or major themes of continental philosophy from its origins in the Twentieth Century. Figures such as Husserl, Heidegger, Sartre, Arendt, Foucault, Derrida, etc.. Movements such as phenomenology, hermeneutics, existentialism, critical theory, structuralism, post-structuralism, and post-modernism among others. Themes such as the relationship between mind and body, thought and action, authenticity and inauthenticity, death and meaning, politics and identity, language and meaning.

---

[5]     USD Faculty/Student Self-Service System, *available for search at*
https://usdssb.sandiego.edu/prod/usd_course_query.p_create (last viewed Dec. 31, 2020).

1

2   26. As USD promises, "The catalog is the official record of courses offered

3 by USD and has an annual deadline of March 1 for curricular changes. Thus,

4 curricular changes must be approved prior to the March 1 catalog deadline in order

5 for those changes to go into effect in the following Fall semester."[6]

6   27. USD also committed to not revising existing courses unless the

7 revisions are submitted and approved by the responsible USD committee.[7]

8   28. So as to provide "meaningful student-faculty interactions," USD

9 requires its College of Arts and Sciences faculty to be physically present for office

10 hours:[8]

11

12

13

___

14 [6] USD Timeline for Course Approvals through the CCC, *available at* https://www.sandiego.edu/curriculum/core/core-submission/ (last viewed Sept. 24, 2020). *See also* USD Curriculum and Academic Planning, *available at* https://www.sandiego.edu/cas/faculty/faculty-resources/chair/curriculum.php#accordion-panel11 (last viewed Sept. 24, 2020).

17 [7] *See* USD Undergraduate Curriculum Committee (UCC) Procedures and Policies, *available at* https://www.sandiego.edu/curriculum/documents/UCC-Procedures-2020-2021.pdf (last viewed Sept. 24, 2020); USD Graduate Studies Committee (GSC) Curriculum Procedures, *available at* https://www.sandiego.edu/curriculum/documents/gsc-procedures.pdf (last viewed Sept. 24, 2020).

20 Course changes can cause a school to lose its accreditation. For example, USD promised Plaintiffs a paralegal program that is accredited by the American Bar Association. However, USD's changes to its paralegal classes require USD to document and submit its changes to the American Bar Association, which continues to require certain number of hours of "structured instructional activities" above and beyond "[w]ork that would normally be done outside of class . . ." American Bar Association, Template to Report COVID-19 Related Changes, *available at* https://www.americanbar.org/content/dam/aba/administrative/paralegals/covid19reportingtemplate.docx (last viewed Sept. 29, 2020).

26 USD's changes to its Paralegal Certificate Program have not yet been approved by the American Bar Association.

28 [8] USD Guidelines for Faculty Scheduling, *available at* https://www.sandiego.edu/cas/faculty/faculty-resources/chair/faculty.php#accordion-panel10 (last viewed Sept. 24, 2020).

- "It is a primary duty of each faculty member to be available to students for help and guidance. Consequently, the faculty member will be on campus and available beyond the hours of actual classroom instruction."

- "The number of scheduled, face-to-face office hours is at least five per week regardless of teaching load."

- "Faculty may hold additional 'virtual' office hours, but these shall not replace or be in lieu of on campus office hours."

29.    USD also promised Plaintiffs and class members a rich educational experience of a residential program. Part of the agreement between Plaintiffs and USD are the countless representations about every aspect of a student's life on campus that USD uses to attract students, made in USD's course catalogs, marketing materials, and throughout USD's website.[9]









30.    In an effort to market itself to prospective students, USD touts itself as providing "direct access to our award-winning faculty" in an "inspiring and intimate

---

[9]    USD Home page, as it appeared September 1, 2020, *available at* http://web.archive.org/web/20200901063839/https://www.sandiego.edu/.

setting."[10]

Why USD?
**It's a place like no other.**
. . . Set atop a mesa with stunning, panoramic views of the Pacific Ocean, downtown San Diego and Mission Bay, our students study and collaborate in an inspiring and intimate setting. Small class sizes ensure that you'll have direct access to our award-winning faculty, and our contemporary Catholic values and liberal arts education help to develop ethical leaders and compassionate citizens with a global perspective. Located on the Pacific Rim just 22 miles from the Mexican border, USD is optimally positioned for international activity. While here, you will have the opportunity to expand your horizons by participating in the highest-ranking study abroad program in the nation. Developing meaningful relationships on campus, in the local community and around the world will help you to reach your full potential in mind, body and spirit.

31.   USD's representations relate not only to the on-campus, in-person academic program USD offers and its students accepted, but also residential facilities, dining options, sports and recreational facilities, extracurricular activities, mentoring, campus diversity, and health and counseling services – all of which are part and parcel of USD's in-person, on-campus program.

32.   By way of just a few examples,

- "USD offers tutoring and support services through a number of areas on campus to help students thrive and succeed."[11]

- "All University facilities are generally available to all segments of the University community for University-related uses.  The University likewise leases its facilities at times to outside organizations and groups."[12]

---

[10]   USD, Why USD?, as it appeared August 23, 2020, *available at* http://web.archive.org/web/20200823193245/https://www.sandiego.edu/admissions/why-usd.php.

[11]   USD, Academic Services, *available at* https://catalogs.sandiego.edu/undergraduate/academic-services/ (last viewed Dec. 31, 2020).

[12]   USD, Facilities Scheduling Guidelines, *available at* http://web.archive.org/web/20190525175536/https://www.sandiego.edu/scheduling/policies-guidelines/scheduling-policy.php.

33.     On USD's website, describing the "Residential Life and Housing" of its "Student Experience," USD proclaims, "What's the best thing about making USD your new home?  Well, everything! You have easy access to classes and your professors. You're in close proximity to your classmates for study group sessions and on-campus events. There's no better way to grow your community than living with your classmates and peers."[13]

34.     Also part of the promised USD "Student Experience," USD explains that "Campus dining is about more than food. We strive to create memorable experiences and gathering places that foster a sense of community and comfort."[14] The webpage goes on to list ten different eateries/restaurants for students to choose from.

35.     Another part of the USD "Student Experience" is its "Clubs and Organizations." "Student organizations offer opportunities for leadership, personal growth and recreation. They allow you to become an engaged citizen and student leader. Community service initiatives, leadership programs and fraternity and sorority life help you gain valuable skills, complementing your education outside of the classroom."[15]

36.     The "Clubs and Organizations" webpage offers prospective students a window into an array of extracurricular activities offered by the university. These activities include:[16]

- Sports Clubs and Recreation: "Learn, live, play! Get active on- and off-campus in the beautiful San Diego community. Campus Recreation offers

[13]     USD, Residential Life and Housing, *available at* https://www.sandiego.edu/student-experience/housing.php (last viewed Dec. 31, 2020).

[14]     USD, Dining, *available at* https://www.sandiego.edu/student-experience/dining.php (last viewed Dec. 31, 2020).

[15]     USD, Clubs and Organizations, *available at* https://www.sandiego.edu/student-experience/clubs-and-organizations.php (last viewed Dec. 31, 2020).

[16]     *Id.*

a variety of fitness, wellness and outdoor adventure that give students opportunities to develop a healthy mind, body and spirit."

- Student Media: "Get hands-on, real-world journalism experience through our entirely student-run media including USDtv, The Vista student newspaper and USD Radio. Student-run media is a forum for the free exchange of ideas that provides the campus community with information and entertainment."

- Student Organizations: "USD is home to more than more than 180 organizations including honor societies, groups for artistic expression, multicultural engagement, philanthropic endeavors and social justice. Find out what sparks your interest while exploring your identity and making lasting connections."

37.   Regarding the "Inclusion and Diversity" aspects of the USD "Student Experience," USD boasts that it is "committed to creating a welcoming and inclusive community for students, families, faculty and staff from different backgrounds and faith traditions. As a university dedicated to academic excellence, we believe diverse perspectives maximize the transformative potential of learning, teaching and scholarship."[17]

38.   To further these objectives, USD advertises a number of on-campus resources, including a Center for Including and Diversity, an LGBTQ+ & Allies Commons, and a Black Student Resource Commons.[18]

39.   USD further promises, "Centers throughout campus focus on issues related to physical well-being, life away from home and mental health. The on-campus health center, counseling, disability and wellness promotion programs are available to every student, along with high-tech fitness centers, to ensure that you have the resources needed to feel healthy, safe and supported."[19]

---

[17]   USD, Inclusion and Diversity, *available at* https://www.sandiego.edu/student-experience/inclusion-and-diversity.php (last viewed Dec. 31, 2020).

[18]   *Id.*

[19]   *Id.*

40.     USD also markets "Campus Recreation," which "supports student learning by providing opportunities to be active, develop leadership skills, cultivate community and persist in experiences proven to enhance well-being. We are committed to providing welcoming and well-maintained facilities, staffed with an emphasis on compassionate service. Campus Recreation strives to offer a variety of fitness, wellness and adventure opportunities that integrate habits promoting health in mind, body and spirit . . ."[20]

41.     USD touts The McNamara Fitness Center, a 4,000 square foot facility with three Olympic platforms, cardiovascular exercise machines, and weight-lifting equipment.[21]

42.     USD promises counseling services, including group therapy and support groups, individual counseling, as well as psychological and psychiatric consultations.[22]

43.     USD also promises a variety of wellness group counseling, including "Coping with Stress and Anxiety," "Grad Student Support," and a "Guy Talk Discussion Group."[23]

44.     As part of the "Student Experience," USD's "two-story, 36,000 square-foot Learning Commons is . . . a place where students do more than learn by listening, they learn by doing — by rolling up their sleeves, taking on challenges, confronting problems and doing those things collaboratively."[24]

45.     USD further boasts of the Learning Commons; "Unique among all other

---

[20]     USD, Campus Recreation, *available at* https://www.sandiego.edu/campusrecreation/ (last viewed Dec. 31, 2020).

[21]     USD, Jenny Craig Pavilion, *available at* https://www.sandiego.edu/jenny-craig-pavilion/fitness-center/ (last viewed Dec. 31, 2020).

[22]     USD, Counseling Center, *available at* https://www.sandiego.edu/counseling-center/ (last viewed Dec. 31, 2020).

[23]     USD, Student Wellness, *available at* https://www.sandiego.edu/wellness/programs-and-services/groups/#accordion-panel1 (last viewed Dec. 31, 2020).

[24]     USD, Learning Commons, *available at* https://www.sandiego.edu/student-experience/learning-commons.php (last viewed Dec. 31, 2020).

teaching and learning spaces on the USD campus, this new building gives students modern, flexible classrooms that feature updated room designs, the latest writing surfaces, cutting-edge technology that enhances collaborative learning experiences and furniture that can be moved, rearranged and completely reconfigured to meet better serve group dynamics."[25]

46.    Additionally, USD boasts that the Learning Commons "offers the flexibility that faculty and students need for multidisciplinary instruction, seminars, small-group work and individual study at all hours of the day and night.  At the heart of it all is a creative and dynamic Town Square, an informal gathering space featuring stadium seating for up to 200 people, encircled by a second-story observation gallery and equipped with the latest in sound and video technology to maximize opportunities for events, presentations, films and impromptu socializing. The Learning Commons hosts classes, study groups, work teams and solo exploration and innovation. It attracts forward thinkers who blaze trails in territories others haven't even thought to explore. It is the gathering place for those who are determined to confront humanity's urgent challenges and those who will drive world-altering change."[26]

47.    Plaintiffs accepted USD's offer.

48.    Plaintiff paid tuition and fees to Defendant in exchange for, and had the reasonable expectation of receiving, among other things: in-person coursework; face-to-face interaction and collaborating with professors, advisors, and peers; access to facilities such as libraries, laboratories, computer labs, and study rooms; student governance and student unions; extra-curricular activities, groups, intramural sports, and related activities; student art, culture, church access, and other activities; social development, fraternal organizations, and independence; hands-on learning and experimentation; and networking and mentorship opportunities.

---

[25]    *Id.*

[26]    *Id.*

49.     Plaintiffs substantially performed their contractual obligations. USD did not.

**B.    Closure of Campus and Suspension of In-Person Education**

50.     On March 12, 2020, USD announced it was canceling all in-person classes and effectively closed its campus.

51.     While USD's decision to close campus and end in-person classes was warranted by circumstances, it effectively breached or terminated the contract USD had with each and every student and tuition provider, who paid for the opportunity to participate fully in the academic life on the USD campus.

52.     Though all in-person instruction ended after USD's March 12, 2020 announcement, some classes were taught in an online format beginning March 23, 2020. Even students with concentrations in areas where in-person instruction is especially crucial (such as music, theatre, and the sciences), USD provided either no instruction or only remote, online instruction.

53.     For example, while USD provided online instruction for some of Plaintiff Sheridan's Spring 2020 classes after its March 12, 2020 closure announcement, it provided fewer hours of instruction and fewer days of instruction than promised.

54.     As a result of the closure of USD's campuses and facilities, USD has failed to deliver the educational services, facilities, access and/or opportunities for which Plaintiffs and the putative class contracted and paid, either directly or through a third-party on their behalf.

55.     On July 29, 2020, less than a month before the Fall semester began for most students, USD canceled all in-person classes for the Fall 2020 semester and announced that all Fall 2020 semester courses would be taught only online.

56.     With Fall 2020 classes beginning less than a month later, USD's July announcement did not give students the time  needed to make alternative arrangements (such as applying to another program).

57. Though Plaintiffs and members of the Class paid USD tuition in exchange for a full semester of in-person education, USD ceased to provide the in-person education it promised, and thus has failed to uphold its side of the agreement. Nonetheless, USD insists that students uphold their side of the agreement, and refuses to refund tuition and related expenses.

58. In so doing, USD is attempting to replace the irreplaceable – on-campus life at an elite university – with "virtual learning" via online classes, and is attempting to pass off this substitute educational experience as the same as or just as good as full participation in the university's academic life.

59. Plaintiffs and members of the Class paid USD tuition in reliance on its promise of teaching a certain number of courses in an in-person course format and with in-person facility access. Plaintiffs did not choose to attend and/or pay tuition for an online institution of higher learning, but instead chose to attend USD's institution and enroll on an in-person basis.

**C. Inferiority of Online Educational Experience**

60. At least one academic study found that "[o]nline courses do less to promote academic success than do in person courses." The study found that:

    a) Taking a course online reduced student achievement in that course by .44 points on the traditional four-point grading scale, a full one-third of a standard deviation;

    b) Specifically, students taking the in-person course earned roughly a B- (2.8 GPA) versus a C (2.4 GPA) for students taking an online version of the same course;

    c) Taking a course online also reduces future grades by 0.42 points for courses taken in the same subject area in the following semester; and

    d) Taking an online course reduced the probability of the student remaining enrolled in the university a year later by over ten percentage points.

Eric P. Bettinger *et al., Virtual Classrooms: How Online College Courses Affect Student Success*, AMERICAN ECONOMIC REVIEW, Vol. 107, No. 9, p. 2857.

61.    The move to online-only classes deprived students of the opportunity to benefit from a wide variety of academic and student events, on-campus entertainment, facilities, and athletic programs, which provided considerable value to Plaintiffs and the Class members.

62.    The online learning options USD offered for the Spring 2020, Summer 2020, and Fall 2020 semesters, though consistent with safety measures, cannot provide the academic and collegiate experience USD extols.

63.    For example, USD lauds its Paralegal Certificate Program as giving students "[i]nternships to gain real world experience and hit the ground running."[27] Plaintiff Sheridan attended the internship program at USD in the Summer 2020 semester. But instead of providing the "real world" internship as promised, USD provided only a "simulated" internship.

64.    USD itself recognized that the "simulated" internship it provided was not reasonably equivalent to its promised internship; USD instructed students such as Plaintiff Sheridan that while the normal internship program qualified as "experience" and could be listed as such in their resume, the internship program USD actually provided qualified only as "education," and could not be listed as "experience" in their resume.

65.    USD's own policies recognize the inferiority of online classes. For example, as of June 2020, USD forbade students from transferring course credits earned through an online format.[28]

---

[27]    USD Paralegal Program, Prospective Students, "Why Choose USD's Paralegal Program?" *available at* https://www.sandiego.edu/law/academics/paralegal/prospective-students.php#content-accordion3 (last viewed 9/29/20). *See also* USD Paralegal Studies, Curriculum ("each student in the day program completes an internship in a corporation, law office, legal clinic or government agency."), *available at* https://catalogs.sandiego.edu/graduate/colleges-schools/paralegal-studies/#text (last viewed 9/29/20).

[28]    USD Petition to Transfer Credits, *available at* http://web.archive.org/web/20200611012018/https://www.sandiego.edu/cas/student-

1
2
3
4
5

> ## Transfer Requirements
> ☐ No online courses accepted

6   66.    As another example, its Law School Academic Rules specifically define

7   class attendance as meaning "physical presence."[29]

8
9
10

> **XIV.   ATTENDANCE AND PREPARATION**
>
> A.  Class Attendance. Attendance is expected in all classes. Attendance means physical presence in the classroom. Regular and punctual class attendance is necessary to satisfy the class hour's requirement.

11

12  **D.    Lower Tuition for Online Education**

13   67.    In-person education is worth more than online education.

14   68.    Accordingly, the tuition and fees for in-person instruction at USD are

15  higher than tuition and fees for its own online classes and for other online institutions.

16  Such costs cover not just the academic instruction, but encompass an entirely different

17  experience which includes but is not limited to:

18       a)  Face to face interaction with professors, mentors, and peers;

19       b)  Access to facilities such as libraries, laboratories, computer labs, and

20           study rooms;

21       c)  Student governance and student unions;

22       d)  Extra-curricular activities, groups, intramural sports, etc.;

23  ———————————————
24  resources/transferring-credits.php (last viewed Sept. 22, 2020). *See also* USD School of Business Requirements ("Currently, the School of Business does not accept any online courses or hybrid courses for continuing students at the undergraduate level.") *available at*
25  https://catalogs.sandiego.edu/undergraduate/colleges-schools/business-
26  administration/#requirementstext (last viewed Sept. 22, 2020).

27  [29]    USD Law School Academic Rules, August 2020, at 31, *available at*
     https://www.sandiego.edu/law/documents/academics/academic-rules-august-2020.pdf (last viewed
28  Sept. 24, 2020) (highlights added).

e)   Student art, cultures, and other activities;

f)   Social development and independence;

g)   Hands on learning and experimentation; and

h)   Networking and mentorship opportunities.

69.     The fact that USD students paid a higher price for an in-person education than they would have paid for an online education is illustrated by the vast price difference in USD's in-person, on-campus programs versus USD's own online learning program.

70.     For example, USD charged $1,580 per unit of on-campus classes for its Master of Science in Health Care Informatics, but charged 41% less – $925 per unit – for the online version of the same class, for the same degree.[30]

**E.     Damages**

71.     Through this lawsuit, Plaintiffs seek for themselves and Class members USD's disgorgement of the pro-rated portion of tuition and fees, proportionate to the amount of time that remained in the Spring 2020 semester when classes moved online and campus services ceased being provided, accounting for the diminished value of educational opportunities, the reduced hours of instruction, as well as for each subsequent semester and continuing until USD resumes in-person classes. Plaintiffs seek return of these amounts on behalf of themselves and the Class as defined below.

72.     Plaintiffs also seek damages relating to USD's passing off an online, "virtual" college experience as similar in kind to full immersion in the academic life of a college campus.

---

[30]     Financial Aid for Graduate Students at USD, *available at* https://onlinedegrees.sandiego.edu/become-a-student/tuition-financial-aid/ (last viewed Sept. 24, 2020). *Compare* USD Undergraduate Educational Cost, *available at* https://www.sandiego.edu/one-stop/tuition-and-fees/undergraduate.php (last viewed Sept. 24, 2020); USD Graduate and Doctoral Educational Cost, *available at* https://www.sandiego.edu/one-stop/tuition-and-fees/graduate.php (last viewed Sept. 24, 2020); USD School of Law Cost of Attendance, *available at* https://www.sandiego.edu/law/financial-aid/cost-of-attendance/ (last viewed Sept. 24, 2020).

# V.  CLASS ACTION ALLEGATIONS

73.    Plaintiffs seeks to represent a class defined as:

Any person who paid or caused to be paid tuition and/or fees to attend the University of San Diego when classes and/or coursework were limited in whole or in part to online attendance as a result of or in connection with COVID-19.

Specifically excluded from the Class are USD, USD's officers, directors, trustees and agents, the judge assigned to this action, and any member of the judge's immediate family.

74.    Subject to additional information obtained through further investigation and discovery, the foregoing definition of the Class may be expanded or narrowed by amendment or amended complaint.

75.    **Numerosity.** The members of the Class are geographically dispersed and are so numerous that individual joinder is impracticable. Upon information and belief, Plaintiffs reasonably estimate that there are thousands of members in the Class. Although the precise number of Class members is unknown to Plaintiffs at this time, the true number of Class members is known by USD and may be determined through discovery. Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of USD and third-party retailers and vendors.

76.    **Existence and predominance of common questions of law and fact.** Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting only individual Class members. These common legal and factual questions include, but are not limited to, the following:

a)  whether USD accepted money from Class members in exchange for the promise to provide services;

b)  whether USD provided the services for which Class members contracted;

c)   whether Class members are entitled to a refund for that portion of the tuition and fees that was contracted for services that USD did not provide; and

d)   whether USD is liable to Plaintiffs and the Class for unjust enrichment.

77.   **Typicality.** Plaintiff's claims are typical of the claims of the other members of the Class in that, among other things, all Class members were similarly situated and were comparably injured through USD's wrongful conduct as set forth herein. Further, there are no defenses available to USD that are unique to Plaintiff.

78.   **Adequacy of Representation.** Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs have retained counsel that is highly experienced in complex consumer class action litigation, and Plaintiffs intend to vigorously prosecute this action on behalf of the Class. Furthermore, Plaintiffs have no interests that are antagonistic to those of the Class.

79.   **Superiority.** A class action is superior to all other available means for the fair and efficient adjudication of this controversy. The damages or other financial detriment suffered by individual Class members are relatively small compared to the burden and expense of individual litigation of their claims against USD. It would, thus, be virtually impossible for the Class on an individual basis, to obtain effective redress for the wrongs committed against them. Furthermore, even if Class members could afford such individualized litigation, the court system could not. Individualized litigation would create the danger of inconsistent or contradictory judgments arising from the same set of facts. Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action. By contrast, the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances.

80.    In the alternative, the Class may also be certified because:

    a) the prosecution of separate actions by individual Class members would create a risk of inconsistent or varying adjudications with respect to individual Class members that would establish incompatible standards of conduct for the USD; and/or

    b) the prosecution of separate actions by individual Class members would create a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of other Class members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and/or

    c) USD has acted or refused to act on grounds generally applicable to the Class as a whole, thereby making appropriate final declaratory and/or injunctive relief with respect to the members of the Class as a whole.

## <u>COUNT I</u>

### Breach of Contract

81.    Plaintiffs restate, reallege, and incorporate by reference the allegations contained in all preceding paragraphs of this complaint as if fully set forth herein.

82.    Plaintiffs bring this claim individually and on behalf of the members of the Class against USD.

83.    Through its policies, the admission agreement, and payment of tuition and fees, Plaintiffs and each member of the Class entered into a binding contract with USD.

84.    As part of the contract, and in exchange for the aforementioned consideration, USD promised to provide in-person education services, including in-person instruction and access to on-campus resources, for the full duration of the Spring 2020 semester, and continuing into the 2020-2021 academic year.

85.    Plaintiffs and Class members fulfilled their end of the bargain when

they paid monies due for tuition, fees, and related expenses.

86.   USD has failed to provide the contracted-for services but has retained tuition monies paid by Plaintiffs and the Class, and refuses to issue a corresponding tuition adjustment.

87.   Plaintiffs and members of the Class have suffered damage as a direct and proximate result of USD's breach, including but not limited to deprivation of the education, experience, and services that they were promised and for which they have already paid.

88.   As a direct and proximate result of USD's breach of contract and of the covenant of good faith and fair dealing, Plaintiffs and the Class are entitled to damages, to be decided by the trier of fact in this action, to include but not be limited to reimbursement of certain tuition, fees, and other expenses that were collected by USD for services that USD has failed to deliver.

## COUNT II

### Unjust Enrichment

89.   Plaintiffs restate, reallege, and incorporate by reference the allegations contained in all preceding paragraphs of this complaint as if fully set forth herein.

90.   Plaintiffs bring this claim individually and on behalf of the members of the Class against USD, and in the alternative to Count I.

91.   Plaintiffs and members of the Class conferred a benefit on USD in the form of monies paid for tuition, fees, and related expenses in exchange for certain service and promises. This tuition was intended to cover in-person educational services for the academic semester.

92.   USD voluntarily accepted and retained this benefit by accepting payment.

93.   USD has retained this benefit even though it ceased providing the full education, experience, and services for which the tuition and fees were collected.

94.   The online education services USD substituted for the in-person

education for which Plaintiffs and class members paid has a substantially lesser value, but USD has nonetheless retained full payment.

95.   It would be unjust and inequitable for USD to retain benefits in excess of the services it provided, and USD should be required to disgorge any tuition, fees and related expenses that exceed the value of online education.

## COUNT III

### Unfair and Deceptive Acts and Practices

96.   Plaintiffs restate, reallege, and incorporate by reference the allegations contained in all preceding paragraphs of this complaint as if fully set forth herein.

97.   This cause of action is brought pursuant to California's Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750-1785 (the "CLRA").

98.   Plaintiffs and the other members of the Class are "consumers," as the term is defined by California Civil Code § 1761(d), because they bought USD's educational services for personal purposes. USD is a "person" under Cal. Civ. Code § 1761(c).

99.   USD's educational services are "services" under Cal. Civ. Code § 1761(b). Plaintiffs, the other members of the Class, and USD have engaged in "transactions," as that term is defined by California Civil Code § 1761(e). These transactions all occurred on in the State of California.

100.   The conduct alleged in this Complaint constitutes unfair methods of competition and unfair and deceptive acts and practices for the purposes of the CLRA, and the conduct was undertaken by USD in transactions intended to result in, and which did result in, the sale of services to "consumers," as that term is defined in the CLRA.

101.   USD's false and fraudulent representations and omissions have violated, and continue to violate the CLRA because they extend to transactions that are intended to result, or have resulted, in the sale of services to consumers, including the Plaintiffs and the Class members.

102.   USD's conduct violates Cal. Civ. Code § 1770(a)(5), which prohibits "[r]epresenting that . . . services have . . . characteristics . . . that they do not have," and Cal. Civ. Code § 1770(a)(7), which prohibits: "[r]epresenting that . . . services are of a particular standard, quality, or grade . . . if they are of another," causing injury to Plaintiffs and the Class.

## COUNT IV

### Violation of California's Unfair Competition Law

103.   Plaintiffs restate, reallege, and incorporate by reference the allegations contained in all preceding paragraphs of this complaint as if fully set forth herein.

104.   This cause of action is brought pursuant to California's Unfair Competition Law (the "UCL"), Cal. Bus. & Prof. Code § 17200 *et seq*.

105.   By committing the acts and practices alleged herein, USD has engaged in deceptive, unfair, and unlawful business practices in violation of the UCL and similar statutes.

106.   Plaintiffs have standing to pursue this claim as they have suffered injury in fact and have lost money or property as a result of USD's actions as set forth above. Class members also have suffered injury in fact and have lost money or property as a result of USD's actions as set forth above.

107.   The violation of any law constitutes an "unlawful" business practice under Cal. Bus. & Prof. Code § 17200 and similar statutes.

108.   USD has violated the UCL's proscription against engaging in unlawful conduct as a result of its violations of, *inter alia*, the CLRA and similar statutes, as alleged above.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against USD as follows:

A.   For an order certifying the Class under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiffs as representatives of the Class and Plaintiffs'

attorneys as Class Counsel to represent the Class;

B.     A declaration that USD is financially responsible for notifying members of the Classes of the pendency of this suit;

C.     An order requiring an accounting for, and imposition of a constructive trust upon, all monies received by USD as a result of the conduct alleged herein;

D.     For an order finding in favor of Plaintiffs and the Class on all counts asserted herein;

E.     For actual, compensatory, and punitive damages in amounts to be determined by the Court and/or jury;

F.     For prejudgment interest on all amounts awarded;

G.     For an order of restitution and all other forms of equitable monetary relief, including disgorgement;

H.     For injunctive and declaratory relief as the Court may deem proper;

I.     For an order awarding Plaintiffs and the Class reasonable attorneys' fees and expenses and costs of suit; and

J.     All other relief to which Plaintiffs and members of the Class may be entitled by law or in equity.

## <u>JURY DEMAND</u>

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of any and all issues in this action so triable of right.

Dated: January 4, 2020                    Respectfully submitted,

HALEY MARTINEZ and MATTHEW SHERIDAN, *on behalf of themselves and all others similarly situated.*

By:     */s/Yvette Golan*
Yvette Golan (admitted *pro hac vice*)
THE GOLAN FIRM PLLC
2000 M Street, NW, Suite #750-A
Washington, D.C. 20036

Tel: (866) 298-4150
Fax: (928) 441-8250
ygolan@tgfirm.com

James A. Francis*
John Soumilas*
Edward H. Skipton*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
eskipton@consumerlawfirm.com
*Pro hac vice forthcoming

Tammy Hussin (Bar No. 155290)
HUSSIN LAW FIRM
1596 N. Coast Highway 101
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
tammy@hussinlaw.com

*Attorneys for Plaintiffs*

SECOND AMENDED CLASS ACTION COMPLAINT