James A. Francis (admitted *pro hac vice*)
John Soumilas (*pro hac vice* forthcoming)
Edward H. Skipton (*pro hac vice* forthcoming)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
eskipton@consumerlawfirm.com

Yvette Golan (admitted *pro hac vice*)
**THE GOLAN FIRM**
529 14th St., N.W., Suite 914
Washington, DC 20045
Tel: (866) 298-4150
Fax: (928) 441-8250
ygolan@tgfirm.com

Tammy Hussin (SBN 155290)
**HUSSIN LAW FIRM**
1596 N. Coast Highway 101
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
tammy@hussinlaw.com

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY MARTINEZ and MATTHEW SHERIDAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SAN DIEGO,<br><br>Defendant. | Case No. 3:20-cv-01946-LAB-WVG<br><br>**PLAINTIFFS' NOTICE OF MOTION TO CONSOLIDATE CASES AND SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Date:  April 12, 2021<br>Time:  11:30 AM<br>Judge: Hon. Larry Alan Burns<br>Crtrm.: 14A<br>Mag. Judge: Hon. William V. Gallo<br>Trial Date: Not Set |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 12, 2021 at 11:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 14A, the Honorable Larry Alan Burns, presiding, located at 333 West Broadway, San Diego, CA 92101, plaintiffs Haley Martinez and Matthew Sheridan will hereby move this Court for an order Consolidating Cases and Setting a Briefing Schedule for a Motion to Dismiss.

This Motion is based on this Notices, the attached Memorandum of Points and Authorities, all pleadings and documents filed in this action, and such further evidence or argument as may be represented at the hearing on this Motion.

Dated:  March 8, 2021                    Respectfully submitted,
**FRANCIS MAILMAN SOUMILAS, P.C.**

*/s/ James A. Francis*
James A. Francis (admitted *pro hac vice*)
John Soumilas (*pro hac vice* forthcoming)
Edward H. Skipton (*pro hac vice* forthcoming)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
eskipton@consumerlawfirm.com

Yvette Golan (admitted *pro hac vice*)
**THE GOLAN FIRM**
529 14th St., N.W., Suite 914
Washington, DC 20045
Tel: (866) 298-4150
Fax: (928) 441-8250
ygolan@tgfirm.com

Tammy Hussin (SBN 155290)
**HUSSIN LAW FIRM**
1596 N. Coast Highway 101
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
tammy@hussinlaw.com

*Counsel for Plaintiff and Proposed Class*

PLAINTIFFS' NOTICE OF MOTION TO CONSOLIDATE CASES AND SET BRIEFING
SCHEDULE FOR MOTION TO DISMISS