UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY MARTINEZ and MATTHEW SHERIDAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SAN DIEGO,<br><br>Defendant. | Case No. 3:20cv1946-LAB-WVG<br><br>**ORDER GRANTING MOTIONS TO CONSOLIDATE CASES, SETTING SCHEDULE, AND DIRECTING PLAINTIFFS TO DESIGNATE INTERIM LIAISON COUNSEL**<br><br>**[Dkt. 26]** |
| CATHERINE HOLDEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SAN DIEGO,<br><br>Defendant. | Case No. 20cv2169-LAB-WVG<br><br>**[Dkt. 15]** |

[Caption continued on following page.]

| | |
|---|---|
| EDGAR CHAVARRIA, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br>v.<br><br>UNIVERSITY OF SAN DIEGO,<br><br>             Defendant. | Case No. 3:20cv2215-LAB-WVG<br><br>**[Dkt. 14]** |

Plaintiffs filed a Motion to Consolidate Cases and Set Briefing Schedule for Motion to Dismiss in each of the above-captioned actions (the "Motions"). Defendant University of San Diego subsequently filed Notices of Non-Opposition to the Motions. Plaintiffs' Motions are each **GRANTED**.

1.  The Court finds that the following putative class actions are related as they arise from the same set of facts and substantially-similar legal theories and seek to represent overlapping classes of University of San Diego students who paid tuition and/or fees for any semester during which USD conducted typically in-person activities online in connection with the COVID-19 pandemic ("University of San Diego Tuition and Fees COVID-19 Refund Litigation"):

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Martinez v. University of San Diego* | 20cv1946-LAB-WVG | October 1, 2021 |
| *Holden v. University of San Diego* | 20cv2169-LAB-WVG | November 5, 2021 |
| *Chavarria v. University of San Diego* | 20cv2215-LAB-WVG | November 13, 2021 |

2. The above-referenced actions are consolidated for all purposes, subject to the terms of this Order.

3. The caption of the consolidated action will be *In re University of San Diego Tuition and Fees COVID-19 Refund Litigation*, and the files of the consolidated action will be maintained in one file bearing the low-numbered case number, Master File No. 20cv1946-LAB-WVG. Any other University of San Diego Tuition and Fees COVID-19 Refund Litigation putative class action now pending in, later filed in, or transferred to this Court arising out of or related to the same set of facts will be consolidated for all purposes if and when they are brought to the Court's attention.

4. Every pleading filed in this consolidated action or in any separate putative class action included herein will bear the following caption:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re University of San Diego Tuition and Fees COVID-19 Refund Litigation<br><br>This document relates to: | Master File No.<br>15-cv-2106-LAB-WVG |
|---|---|

5. When a pleading is intended to apply to all actions governed by this order, the words "All Actions" shall appear immediately after the words "This document relates to:" in the above-referenced caption. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, the docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of

said action will appear immediately after the words "This document relates to:" in the above-referenced caption.

6. A Master Docket and a Master File are hereby established for the above consolidated proceedings, and for all other related cases filed in, or transferred to, this Court. Separate dockets will continue to be maintained for each of the individual actions hereby consolidated, and entries will be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

7. Upon the filing of a pleading applicable to "All Actions," the clerk will file that pleading in the Master File and note the filing on the Master Docket. No further copies need be filed, and no other docket entries need be made. When a pleading applicable to fewer than all of the consolidated actions is filed, the clerk will file the pleading in the Master File only but docket it on the Master Docket and the docket of each applicable action. When a putative class action that properly belongs as part of the consolidated action is filed in this Court or transferred to this Court from another court, the clerk of this Court will:

(a) Place a copy of this Order in the separate file for such action;

(b) Mail to the attorney for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c) Make an appropriate entry on the Master Docket. The Court requests the assistance of counsel in bringing the filing or transfer of any case in this District which properly might be consolidated as part of *In re*

*University of San Diego Tuition and Fees COVID-19 Refund Litigation* to the attention of the clerk of this Court.

8. The Court finds that appointment of liaison counsel would simplify case management and further efficient resolution of the consolidated actions. Accordingly, it directs Plaintiffs jointly to designate Interim Liaison Counsel with authority to speak for all plaintiffs in the consolidated action, until the appointment either expires or is modified by Court Order.

9. Plaintiffs' designated Interim Liaison Counsel should have the authority to: (1) serve as the primary contact for communications between the Court and Plaintiffs' counsel; (2) serve as the primary contact for communications between Plaintiffs and Defendant; and (3) convene meetings among Plaintiffs' counsel. Interim Liaison Counsel will also maintain the official service list of all Plaintiffs and Plaintiffs' counsel in the consolidated action, including their addresses, ensure that all notices, orders, and material communications are properly distributed to Plaintiffs and their counsel (to the extent not served via e-filing), and perform whatever any additional functions the Court may assign.

10. Service of all papers filed with the Court shall be accomplished by e-filing. Papers not filed with the Court may be served by: (i) e-mail; (ii) overnight mail service; or (iii) hand delivery. Plaintiffs will serve all such unfiled papers by serving Defendant's counsel. Once Interim Liaison Counsel is designated, Defendant will serve all such unfiled papers by serving Interim Liaison Counsel. Whenever feasible, the serving party shall send courtesy copies simultaneously via e-mail in PDF format to Defendant's counsel and/or to Liaison Counsel, as applicable.

11. This Order shall not affect Defendant's rights to claim that a named entity is an improper party, that the Court lacks personal jurisdiction,

that Defendant has any Federal Rule of Civil Procedure 12 defense or objection, or that the claims against it should be dismissed. Defendant retains any defenses, claims, and objections to any claims, complaints, filings, or allegations made in the complaints already filed or which may be subsequently filed. Nothing in in this Order shall restrict or modify Defendant's right to move for or request separate trials, proceedings, or determinations at any stage of this litigation.

12. The Motions are **GRANTED**. The April 12, 2021 hearing on the Motions is **VACATED**. Briefing on Defendant's pending motions to dismiss in each of the consolidated actions is **STAYED**, and the hearings on those motions are **VACATED**.

13. Plaintiffs must file:

    (a) On or before **April 21, 2021**, a designation of Liaison Counsel; and

    (b) On or before **April 28, 2021**, a consolidated complaint.

14. Defendant must file their response to the consolidated complaint no later than **21 days** after that pleading is filed.

**IT IS SO ORDERED**.

Date: April 7, 2021

Hon. Larry Alan Burns
United States District Judge