# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re University of San Diego Tuition and Fees COVID-19 Refund Litigation. | Master File No. 20-CV-1946-RBM-VET |
| This document relates to: All Actions | **JOINT MOTION TO EXTEND TIME TO CONDUCT NOTICE PURSUANT TO PARAGRAPH 2 of DOCKET 234**<br><br>Judge: Ruth Bermudez Montenegro, U.S. D.J.<br>Magistrate: Valerie E. Torres, U.S. M.J. |

Plaintiffs Edgar Chavarria, Matthew Sheridan and Catherine Holden ("Plaintiffs") and Defendant University of San Diego ("USD") respectfully request an adjournment of seven (7) days from the deadlines set forth in Paragraph 2 of Docket No. 234 to conduct notice to the settlement class – moving the date from December 9, 2024 to December 16, 2024 for email notice and December 16 to December 23 for physical mailing, while the Settlement Claims Administrator prepares calculations and estimates for Class Members to be included on their respective Election Forms.

This request is made jointly to allow the Settlement Claims Administrator to prepare estimated calculations for the Class (to be included in their notice documents), for the Parties to approve the calculations, and for the Parties ensure that the Class List including its data is accurate for Notice purposes. As advised by the Settlement

1

Claims Administrator, there was a delay associated with the Class List and some data discrepancies that it resolved on December 9, 2024 with Defendant's counsel.

Thus, the Parties jointly move to respectfully ask the Court for a seven (7) day extension of the Settlement Claims Administrator to email Notice and then conduct physical mailing of notice pursuant to Paragraph 2 of Docket 234. None of the other dates within the Preliminary Approval Order (Dkt. 234) are impacted.

| Procedural Event | Proposed New Deadline | Current Deadline (ECF 234) |
|---|---|---|
| Settlement Claims Administrator emails notice and physically mails notice | • Dec. 16, 2024 (email) and Dec. 23, 2024 (physical notice) | • Dec. 9, 2024 (email) and Dec. 16, 2024 (physical notice) |

## CONCLUSION

The Parties are available at the Court's convenience.

Dated: Dec. 9, 2024

_/s/ Michael A. Tompkins_____
Michael Tompkins*
**LEEDS BROWN LAW**
One Old Country Road, Suite 347
Carle Place, NY 11514-1851
Tel: (516) 873-9550
mtompkins@leedsbrownlaw.com

Yvette Golan*
**THE GOLAN FIRM PLLC**
529 14th St., N.W., Suite 914
Washington, DC 20045

__/s/Joseph Pehlmann [1]_____
**QUARLES & BRADY LLP**
Zachary Foster (admitted pro hac vice)
101 East Kennedy Blvd, Suite 3400
Tampa, FL 33602
Zachary.foster@quarles.com

Michael C. Sullivan
Aaron A. Buckley
101 West Broady, 9th Floor
San Diego, CA 92101
Tel: (610) 237-5200

---

[1] Defendant's Counsel authorized filing with his electronic signature on December 9, 2024 at 5:32 p.m. eastern via email.

| | | |
|---|---|---|
| 1 | Tel: (866) 298-4150 | Mike.sullivan@quarles.com |
| 2 | Fax: (928) 441-8250 | Aaron.buckley@quarles.com |
| | ygolan@tgfirm.com | |
| 3 | | Joshua Maggard (admitted pro hac vice) |
| 4 | James A. Francis* | Joseph Poehlmann (admitted pro hac vice) |
| | Lauren K.W. Brennan* | |
| 5 | **FRANCIS MAILMAN SOUMILAS, P.C.** | 411 E. Wisconsin Ave, Suite 2400 |
| 6 | | Milwaukee, WI 53202 |
| | 1600 Market Street, Suite 2510 | Joshua.maggard@quarles.com |
| 7 | Philadelphia, PA 19103 | Joseph.poehlmann@quarles.com |
| 8 | Tel: (215) 735-8600 | |
| | Fax: (215) 940-8000 | *Attorneys for Defendant* |
| 9 | jfrancis@consumerlawfirm.com | |
| 10 | lbrennan@consumerlawfirm.com | |
| 11 | *Admitted Pro Hac Vice | |
| 12 | *Attorneys for Plaintiffs* | |

2