UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY MARTINEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SAN DIEGO,<br><br>Defendant. | Case No.: 3:20-cv-01946-RBM-VET<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO CONDUCT NOTICE PURSUANT TO PARAGRAPH 2 OF DOCKET 234**<br><br>**[Doc. 235]** |

On December 9, 2024, Plaintiffs Edgar Chavarria, Matthew Sheridan, and Catherine Holden (collectively, "Plaintiffs") and Defendant University of San Diego ("Defendant") (collectively, the "Parties") filed a Joint Motion to Extend Time to Conduct Notice Pursuant to Paragraph 2 of Docket 234 ("Joint Motion"). (Doc. 235.)

In their Joint Motion, the Parties "request an adjournment of seven (7) days from the deadlines set forth in Paragraph 2 of Docket No. 234 to conduct notice to the settlement class – moving the date from December 9, 2024 to December 16, 2024 for email notice and December 16 to December 23 for physical mailing, while the Settlement Claims Administrator prepares calculations and estimates for Class Members to be included on their respective Election Forms." (*Id.* at 1.) The Parties assert that, "[a]s advised by the Settlement Claims Administrator, there was a delay associated with the Class List and some

data discrepancies that it resolved on December 9, 2024 with Defendant's counsel." (*Id.* at 1–2.)  The Parties note that "[n]one of the other dates within the Preliminary Approval Order (Dkt. 234) are impacted." (*Id.* at 2.)

Based on the foregoing, the Parties' Joint Motion is **GRANTED**.  The Settlement Claims Administrator shall email notice of the settlement to the Class on or before **December 16, 2024** and shall physically mail notice of the settlement to the Class on or before **December 23, 2024**.

**IT IS SO ORDERED.**

DATE:  December 10, 2024

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE