# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HALEY MARTINEZ, et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SAN DIEGO,<br><br>                         Defendant. | Case No.: 3:20-cv-01946-RBM-VET<br><br>**DECLARATION OF RYAN MCNAMEE OF APEX CLASS ACTION, LLC, IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

DECLARATION OF RYAN MCNAMEE

I, Ryan McNamee, declare as follows:

1. I am a resident of the United States of America and am over the age of 18. I am a Case Manager for Apex Class Action, LLC, (hereinafter referred to as "Apex"), the professional settlement services provider who has been retained by the Parties' Counsel and subsequently appointed by the Court to serve as the Settlement Administrator for the above captioned *In re Univ. of San Diego Tuition & Fee COVID Refund Litigation* matter. On behalf of both Apex and myself, I possess the authority to issue this declaration. I am personally acquainted with the information contained herein, and in the event of being summoned to provide testimony, I am fully capable and willing to provide competent testimony regarding these facts.

2. Apex Class Action's team has been directly involved with class action administration for a combined 15 years and has successfully managed numerous class action cases during that time. Our team comprises experienced professionals with extensive knowledge of class action settlement administration. In addition, Apex Class Action has the necessary technology and infrastructure to efficiently manage large-scale class action cases. We utilize state-of-the-art software and systems to ensure that all aspects of the administration process are executed accurately and efficiently.

3. Apex was engaged by the Parties' Counsel and subsequently approved and appointed by the Court to provide notification services and claims administration, pursuant to the terms of the Settlement, in the above-referenced Action. The responsibilities undertaken thus far, as well as those to be fulfilled following the granting of Final Approval of the Settlement, include: (a) printing and mailing the *Website Notice of Proposed Class Action Settlement* and the *Election Form* (referred to as "Notice Packet"); (b) establishing a settlement website at www.USDTuitionFeeSettlement.com that provided additional information on the settlement and action; (c) establishing a settlement email address for Class Members to contact Apex through; (d) receiving and processing requests for exclusion; (e) resolving disputes among Settlement Class Members regarding the total tuition and fee charges recorded by Defendants during the Class Period, as stated on their individualized Class Notice.; (f) calculating individual settlement award amounts; (g) processing and mailing settlement award checks; (h) handling tax withholdings as required by the Settlement and the law; (i) preparing, issuing and filing tax returns and other applicable tax forms; (j) managing the distribution of any unclaimed funds pursuant to the terms

of the Settlement; and (k) undertaking additional tasks as mutually agreed upon by the Parties or as ordered by the Court for Apex to perform.

4. On November 7, 2024, Counsel for the Plaintiff provided Apex with the Court-approved content for the Notice Packet. Apex then generated a draft of the formatted Notice Packet, which received approval from the Parties' Counsel before being mailed.

5. On November 25, 2024, Counsel for the Defendants provided Apex with the class data file, which includes the names, last known mailing addresses, and personal emails (if available) for each Settlement Class Member. The data file was successfully uploaded to our database, where it underwent a thorough review to identify any duplicates or potential inconsistencies. The Class List consists of a total of 8,198 individuals.

6. On December 16, 2024, The Notice Packet was emailed to 6,961 individuals on the Class List using their personal email, if available. A copy of the emailed Notice Packet is attached as **Exhibit A**.

7. On December 23, 2024, the Notice Packet was mailed via U.S. First Class Mail to 2,599 Class Members whose emails were not successfully delivered or were unavailable.

8. As of the date of this declaration, our office has received 166 returned Notice Packets as undeliverable. Apex conducted a computerized skip trace on the 166 returned Notice Packets in order to acquire updated addresses for the purpose of re-mailing the Notice Packet. This skip trace effort resulted in obtaining 131 updated addresses, to which we promptly re-mailed the Notice Packets via U.S First Class Mail.

9. As of the date of this declaration, there have been 131 Notice Packets re-mailed as a result of Apex's skip-tracing efforts.

10. As of the date of this declaration, 32 Notice Packets have been considered undeliverable as no updated address was found despite conducting skip tracing.

11. As of the date of this declaration, the website USDTutionFeeSettlement.com has had 3,756 unique visitors.

12. As of the date of this declaration, Apex has received 777 election forms. The deadline for submitting an election form was January 22, 2025.

13. As of the date of this declaration, Apex has not received any requests for exclusion. The deadline for submitting a request for exclusion from the Settlement was January 22, 2025.

14. As of the date of this declaration, Apex has received 1 objection to the Settlement. The deadline for submitting a written objection to the Settlement was January 22, 2025.

15. As of the date of this declaration, Apex will report 8,198 Participating Class Members, constituting 100% of the total 8,198 Settlement Class Members.

16. The estimated Net Settlement Amount available to Participating Class Members is as follows:

| | |
|---|---|
| Gross Settlement Amount | $1,400,000.00 |
| Attorney's Fees | $275,000.00 |
| Attorney's Expenses | $300,000.00 |
| Service Award | $15,000.00 |
| Apex Fees | $43,788.25 |
| Net Settlement Amount | $766,211.75 |

17. The estimated Individual Settlement Amount for each Participating Class Member is approximately $93.46.

18. Apex's comprehensive fees and costs for administering this Settlement, covering both incurred and anticipated expenses, amount to $43,788.25. Apex will proceed with additional tasks related to this matter, such as calculating settlement award payments, issuing and mailing settlement award checks, handling necessary tax filings and reporting on these payments, and any other tasks mutually agreed upon by the Parties or ordered by the Court for Apex to undertake.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this Declaration was executed this 10th day of February 2025, in Irvine, California.

_____
RYAN MCNAMEE