Yvette Golan, Esq.*
**THE GOLAN FIRM PLLC**
529 14th St., N.W., Suite 914
Washington, DC 20045
866.298.4150 ext. 101

Cheryl A. Kenner (SBN 305758)
**SHEGERIAN & ASSOCIATES, INC.**
11520 San Vincete Blvd.
Los Angeles, CA 90049
310.860.0770

Jason P. Sultzer, Esq.**
Jeremy Francis, Esq.**
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
845.483.7100
sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

Michael A. Tompkins, Esq.*
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
mtompkins@leedsbrownlaw.com

James A. Francis, Esq.*
Lauran K.W. Brennan, Esq.*
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market St., Suite 2510
Philadelpha PA 19103
215.735.8600

*Admitted Pro Hac Vice*
**Pro Hac Vice Pending*

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re University of San Diego Tuition and Fees COVID-19 Refund Litigation. _____ This document relates to:  All Actions | Master File No. 20-CV-1946-LAB-WVG  **DECLARATION OF JASON SULTZER IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF COSTS & FEES**  Hon. Ruth Bermudez Montenegro Date: March 3, 2024 Time: 9:00 a.m. PST Crtrm.:5B |

I, Jason P. Sultzer, Esq., declare as follows:

1.       I am a partner at Sultzer & Lipari, PLLC (formerly The Sultzer Law Group, P.C), I am an attorney admitted to practice law in the State of New York and my application to be admitted *pro hac vice* to appear before this Court is pending.  I am Plaintiffs' Counsel for the above-captioned class action and have personal knowledge of the facts thereto.  I make this declaration upon my personal knowledge and, if called upon and sworn as a witness, I could and would competently testify hereto.

2.       I submit this Declaration in support of Plaintiffs' Motion for attorneys' fees and costs.

3.       At all times, Plaintiff, by and through her counsel, has diligently prosecuted the Litigation.  Throughout the Litigation, The University of San Diego has strongly contested all issues surrounding liability and damages.

4.       Class Counsel has been working on this case since at least September 2020 when they began their investigations into The University of San Diego's response to the COVID-19 pandemic.

5.       Sultzer & Lipari and Class Counsel have spent considerable time and resources vigorously litigating this action for over three years.

6.       The Parties have separately negotiated, subsequent to the agreement on the benefits to the class, sums for attorneys' fees, expenses and service awards. The Parties agreed, subject to Court approval, that Class Counsel will be paid Attorneys' Fees and Costs from the Settlement Fund in the amount not to exceed $275,000.00.  The agreement regarding attorneys' fees and expenses is the product of non-collusive adversarial negotiation following private mediation and extensive arm's-length negotiation among the Parties.

DECLARATION OF JASON SULTZER

## SULTZER & LIPARI'S QUALIFICATIONS

7.      Sultzer & Lipari is one of the preeminent plaintiff's class-action and complex commercial law firms in the nation with particular expertise in consumer class-actions. Since its founding in 2013, Sultzer & Lipari has served as lead counsel in numerous high-profile consumer class action cases. The firm is included in Martindale-Hubbell's Bar Register of Preeminent Lawyers for its class action practice. All of the partners in the firm are AV rated by Martindale-Hubbell and have been selected as Super Lawyers. In addition, they have also been selected as the American Law Media's Mass Tort Lawyers of the Year.

8.      The firm's attorneys have contributed to or been featured in various well-known publications regarding their class action practice, including: Law360, Inside Counsel Magazine, Risk Management Magazine, CNBC News, Reuters, Bloomberg News, and the New York Post. Sultzer & Lipari was named the best nationwide civil dispute firm in the U.S. Business News Legal Elite Awards in 2020.

9.      Courts throughout the country have recognized Sultzer & Lipari's significant experience with regards to its class action practice. *See Patora v. Tarte, Inc.*, Case No. 18-cv-11760-KMK (S.D.N.Y.) (Judge Kenneth M. Karas stated that "[t]he plaintiff here was ably represented by class counsel, who is clearly well-versed in complex class action litigation. I can speak from personal experience dealing with The Sultzer Firm, which has many highly-qualified and capable and experienced lawyers representing plaintiffs in consumer class actions. . ."); *see also Griffin, Anthony, et al., v. Aldi, Inc.*, Doe Defendants 1-10, Case No. 16-cv-00354 (N.D.N.Y.) (Judge Lawrence E. Kahn stated that "Plaintiffs' Counsel have worked diligently and are experienced and well-versed in wage and hour cases and class actions."); *Shiv Patel v. St. John's University*, Case No. 1:20-cv-02114 (EDNY) (Judge Steven Gold observed that, "The firms' expertise and competency in the class action context are reflected by the favorable outcomes they have obtained

DECLARATION OF JASON SULTZER

in previous suits. . . particularly in light of their impressive record."); *Susan Swetz et al v. GSK Consumer Health, Inc*., Case No. 7:20-cv-04731 (S.D.N.Y.) (Judge Román stated that "Class Counsel have prosecuted the Litigation with skill, perseverance, and diligence, as reflected by the Settlement Fund achieved and the positive reception of the Settlement Agreement by the Settlement Class*."); Arredondo v. University of La Verne*, Case No. 2:20-cv-07665 (C.D. Cal.) (Judge Mark C. Scarsi stated "Counsel also has a wealth of experience handling class actions. . . Counsel has demonstrated strong knowledge of the applicable law throughout the briefing process for this class certification motion. And finally, counsel has demonstrated it will commit sufficient resources to represent the class in this heavily litigated case."); *Goldstein v. Henkel Corp*., Case No. 3:22-cv-164, ECF No. 97 (D. Conn. Dec. 13, 2023) (Judge Thompson of the District of Connecticut praised the Sultzer Law Group as "experienced capable counsel."); *Bangoura v. Beiersdorf, Inc*., Case No. 1:22-cv-291, ECF No. 40 (E.D.N.Y. Jan. 10, 2023) (Judge Cogan stated that "the fact that I'm looking at 2022 index number on this case is, in itself, a testament to the efficiency of plaintiffs' counsel's efforts."); and *Swetz v. The Clorox Company*, Case No. 22-CV-9374 (S.D.N.Y.) (Judge Halpern stated "I'm delighted that you were able to resolve this. I think very highly of lawyers who actually take on these matters. And I noticed, with the Court's approval, there was a fair amount of self-organization at the beginning of this . . . So I very much appreciate what you've done. I think you did an excellent job.").

10.      In the college refund context, Sultzer & Lipari has been appointed as lead counsel in a number of cases throughout the country, and has had success litigating and settling nearly identical cases across the country.  *See Porter v. Emerson College*, Case No. 1:20-cv-11897-RWZ (Mass. Dist. 3 Oct. 29, 2022) (Dkt. No. 87) (Granting Final Approval of the Class Action Settlement and appointing the Sultzer & Lipari and Leeds Brown as class counsel); *Arredondo v. The University of La Verne*, Case No. 2:20-cv-07665-MCS-RAO (C. Dist. Cal. Dec. 12, 2022) (Dkts. No. 180, and

DECLARATION OF JASON SULTZER

191) (Granting Preliminary and Final Approval of the Class Action Settlement: "Counsel [including Leeds Brown Law, P.C. and Sultzer & Lipari] here has done significant work in identifying and investigating potential claims, including bringing a meritorious motion for class certification supported by ample evidence. Counsel also has a wealth of experience handling class actions…Counsel has demonstrated strong knowledge of the applicable law throughout the briefing process for this class certification motion. And finally, counsel has demonstrated it will commit sufficient resources to represent the class in this heavily litigated case."); *Staubus v. Regents of the University of Minnesota* (Case No. 27-CV-20-8546) (Minn. 2022) (Certifying class and appointing Sultzer & Lipari and Leeds Brown as class counsel); *Stewart, Hunter, et al. v. The University of Maine System*, Case No. 20-cv-537 (State of Maine Superior Court) (granting final approval to settlement and appointing Sultzer & Lipari and Leeds Brown as co-lead counsel).

11.    As the firm's founding partner, I have earned selection as a Senior Fellow of the Litigation Counsel of America (LCA), recognizing the country's top trial attorneys, and am a member of their Trial Law and Diversity Institute. I have also been recognized as a Super Lawyer for the last ten years, and was selected for Lawdragon's list of 500 Leading Plaintiff Financial Lawyers for 2019 and 2020. For a full list of my accomplishments, see our firm resume (Dkt. 170-

12.    A copy Sultzer & Lipari's resumé is attached and includes more decisions in which Sultzer & Lipari has served as Class Counsel, as Exhibit A.

## REQUEST FOR ATTORNEYS' FEES AND COSTS

13.    Since its inception, Sultzer & Lipari has actively participated in all aspects of the litigation, including, but not limited to: (1) case investigation; (2) drafting of the complaint; (3) discovery; (4) legal research; (5) drafting of briefs: (6) participating in case strategy decisions; (7) participating in settlement negotiations; (8) documenting the settlement agreement and preparation

DECLARATION OF JASON SULTZER

of exhibits; (9) working with the Claim Administrator regarding implementation of the Notice Plan;

and (10) preparing the settlement approval documents.

14.     Throughout the course of investigation, pleadings, motion practice, discovery,

settlement negotiations, and drafting of the Settlement Agreement, Sultzer & Lipari's attorneys have

devoted significant time and resources to the investigation, development and resolution of this case.

15.     The table below details the hours billed and the amount billed at current rates through

February 2025 for Sultzer & Lipari's attorneys:

| Attorney | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Jason P. Sultzer | 54.06 | $925 | $50,005.50 |
| Jeremy Francis | 108.40 | $875 | $94,850.00 |
| Benjamin Zakarin | 5.20 | $495 | $2,574.00 |
| Mindy Dolgoff | 37.7 | $510 | $19,125.00 |
| Philip Furia | 4.1 | $875 | $3,587.50 |
| TOTAL | | | $170,142.00 |

16.     Based upon prior experience with time spent after final approval briefing – including

interacting with class members with questions regarding the settlement, their rights and the process

for receipt of recovery, I estimate that Sultzer & Lipari will expend an additional 10-50 hours on

this until the claims administration process is complete.

17.      Sultzer & Lipari's hourly rates in class action cases have been judicially approved

by numerous courts, including in similar college tuition refund class actions. See, e.g. *Schmitt, et al.

v. Younique*, LLC, No. 8:17-cv-01397-JVS-JDE (C.D. Cal.); *In re Kia Engine Litigation*., No. 8:17-

cv-00838-JLS-JDE (C.D. Cal.); *Bangoura v. Beiersdorf, Inc. and Bayer Healthcare, LLC*, Case No.

1:22-cv-00291-BMC (S.D.N.Y. Jan. 5, 2023); *Susan Swetz, et al. v. GSK Consumer Health, Inc.*,

Case No. 7:20-cv-04731 (S.D.N.Y); *Vincent, Wesley, et al. v. People Against Dirty, PBC. and

Method Products, PBC.*, Case No. 7:16-cv-06936 (S.D.N.Y.); *Rapoport-Hecht, Tziva et al. v.

Seventh Generation, Inc.*, Case No. 14-cv-9087 (S.D.N.Y.); *Patora v. Tarte, Inc.*, Case No. 7:18-

DECLARATION OF JASON SULTZER

cv-11760-KMK (S.D.N.Y.*); Luib, Tony, et al., v. Henkel Consumer Goods Inc.*, Case No. 17-cv-03021 (E.D.N.Y.); *Catalano v. Lyons Magnus, LLC*, Case No. 7:22-cv-06867 (S.D.N.Y.); *Patora v. Colgate-Palmolive Co.*, Case No. 7:23-cv-01118-VB (S.D.N.Y.); *Swetz v. The Clorox Company*, Case No. 7:22-cv-9374 (S.D.N.Y.); *Arredondo v. University of La Verne*, Case No. 2:20-cv-07665 (C.D. Cal.) *Staubus v. Regents of the University of Minnesota* (Case No. 27-CV-20-8546) (Minn. 2022); *Stewart, Hunter, et al. v. The University of Maine System*, Case No. 20-cv-537 (State of Maine Superior Court).

18.    The work performed in this case was reasonable and necessary to the prosecution and settlement of this case. Sultzer & Lipari conducted a significant factual investigation during the prosecution of this action. Because of Sultzer & Lipari's comprehensive evaluation of the facts and law, Plaintiff was able to settle this case for substantial relief. Plaintiff provided Class Members with substantive and certain relief much sooner than if litigation of this matter had continued.

19.    Class Counsel have minimized duplication of services by coordinating work among the Class Counsel firms. Where multiple attorneys participated, joint participation was necessary because of time constraints, the complexity of the problems, or for effective, efficient communication among the firms essential for informed, group decision-making.

20.    Class Counsel participated in this case on a contingency fee basis which involved risk of not prevailing and therefore not being paid for our work. On the other hand, we also understood that the law would compensate us for such risk if we prevailed. We could not take such a risk without assurances of adequate compensation for favorable results for the Class. Moreover, while we anticipated the lengthy, intensive, and protracted litigation track which transpired, the time and resources dedicated to this case prevented our firm from taking and working on other matters.

21.    During the course of this Action, Sultzer & Lipari incurred $ 28,432.77 in unreimbursed filing fees.  These expenses were reasonably and necessarily incurred in connection

DECLARATION OF JASON SULTZER

1  with the prosecution of this litigation.  These expenses are reflected in the books and records of

2  Sultzer & Lipari.

3

4
   Dated:  February 6, 2024
5                                                            _____ /s/ Jason P. Sultzer_____
                                                                   Jason P. Sultzer
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              8
                           DECLARATION OF JASON SULTZER

# EXHIBIT A



Sultzer & Lipari, PLLC focuses on consumer class actions and other complex civil litigation.  The firm is headquartered in Poughkeepsie, New York, and maintains offices in New Jersey, and Pennsylvania.  Since its founding in 2013, Sultzer & Lipari, PLLC has served as lead counsel in numerous high-profile consumer class action cases and has obtained over a billion dollars in class settlements on behalf of consumers throughout the country.  The firm is included in Martindale-Hubbell's Bar Register of Preeminent Lawyers for its class action practice.  All of the partners in the firm are AV rated by Martindale-Hubbell and have been selected as Super Lawyers.  In addition, they have also been selected as the American Law Media's Mass Tort Lawyers of the Year.  The firm's founding partner, Mr. Sultzer, has earned selection as a Senior Fellow of the Litigation Counsel of America (LCA), recognizing the country's top trial attorneys, and is a member of their Trial Law and Diversity Institute.  Mr. Sultzer has also been named in Lawdragon's list of 500 Leading Plaintiff Financial Lawyers for 2019, 2020, 2021 and 2023. The firm's attorneys have contributed to or been featured in various well-known publications regarding their class action practice, including: *Law360*, Inside Counsel Magazine, Risk Management Magazine, CNBC News, Reuters, Bloomberg News, the New York Post and The New York Times. Sultzer & Lipari, PLLC was named the best nationwide civil dispute firm in the U.S. Business News Legal Elite Awards in 2020.  More detail about the firm, its practice areas, and its attorneys appear on its website: www.sultzerlipari.com.

### I.    Class Action Litigation Experience

Attorneys at Sultzer & Lipari, PLLC have advocated for consumers' and workers' rights, successfully challenging some of the nation's largest and most powerful corporations for a variety of improper, unfair, and deceptive business practices in a wide range of industries including, the auto, financial, cosmetic, food, and supplement industries.  Through our efforts, we have recovered significant benefits for our consumer clients.  Moreover, courts throughout the country have recognized Sultzer & Lipari, PLLC's significant experience with regards to its class action practice.  *See Patora v. Tarte, Inc.,* Case No. 18-cv-11760-KMK (S.D.N.Y.), (Judge Kenneth M. Karas stated that "[t]he plaintiff here was ably represented by class counsel, who is clearly well-versed in complex class action litigation.  I can speak from personal experience dealing with The Sultzer Firm, which has many highly-qualified and capable and experienced lawyers representing plaintiffs in consumer class actions. . .");  *Shiv Patel v. St. John's University,* Case No. 1:20-cv-02114 (E.D.N.Y.) (Judge Steven Gold observed that, "The firms' expertise and competency in the class action context are reflected by the favorable outcomes they have obtained in previous suits… particularly in light of their impressive record.");  *Griffin, Anthony, et al., v. Aldi, Inc., Doe Defendants 1-10*, Case No. 16-cv-00354 (N.D.N.Y.) (Judge Lawrence E. Kahn stated that "The quality of the representation also supports the award.  Plaintiffs' Counsel have worked diligently and are experienced and well-versed in wage and hour cases and class actions.");  *Susan Swetz et al v. GSK Consumer Health, Inc.,* Case No. 7:20-cv-04731 (S.D.N.Y.) (Judge Román stated that "Class Counsel have prosecuted the Litigation with skill, perseverance, and diligence, as reflected

by the Settlement Fund achieved and the positive reception of the Settlement Agreement by the Settlement Class."); *Arredondo v. University of La Verne,* Case No. 2:20-cv-07665 (C.D. Cal.) (Judge Mark C. Scarsi stated "Counsel also has a wealth of experience handling class actions. . . Counsel has demonstrated strong knowledge of the applicable law throughout the briefing process for this class certification motion. And finally, counsel has demonstrated it will commit sufficient resources to represent the class in this heavily litigated case."); *Goldstein v. Henkel Corp.*, Case No. 3:22-cv-164, ECF No. 97 (D. Conn. Dec. 13, 2023) (Judge Thompson of the District of Connecticut praised the Sultzer Law Group as "experienced capable counsel."); *Bangoura v. Beiersdorf, Inc.*, Case No. 1:22-cv-291, ECF No. 40 (E.D.N.Y. Jan. 10, 2023) (Judge Cogan stated that "the fact that I'm looking at 2022 index number on this case is, in itself, a testament to the efficiency of plaintiffs' counsel's efforts."); and *Swetz v. The Clorox Company*, Case No. 22-CV-9374 (S.D.N.Y.) (Judge Halpern stated "I'm delighted that you were able to resolve this. I think very highly of lawyers who actually take on these matters. And I noticed, with the Court's approval, there was a fair amount of self-organization at the beginning of this . . . So I very much appreciate what you've done. I think you did an excellent job.").

Recent Settled matters include:

- *In re Kia Engine Litigation.*, No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) (served as co-lead counsel in an automobile defect case and reached a nationwide settlement valued at $1.3 billion on behalf of owners and lessees of certain Hyundai and Kia vehicles)

- *Foster, Andrew Tyler et al. v. L-3 Communications EOTECH, Inc., et al.*, Case No. 15-cv-03519 (W.D. Mo.) (served as co-lead counsel and obtained more than $50 million dollars in monetary relief for consumers who purchased falsely advertised holographic weapons sights)

- *Griffin, Anthony, et al., v. Aldi, Inc., Doe Defendants 1-10*, Case No. 16-cv-00354 (N.D.N.Y.) (served as co-lead counsel and obtained a settlement fund of $9.8 million on behalf of a national and NY class of employees who were not paid for all of the hours they worked and who did not receive appropriate overtime under federal and NY law)

- *Arrendondo, Brianna v. The University of La Verne,* Case No. 2:20-cv-07665 (C.D.C.A.) (served as co-lead counsel and obtained a settlement fund of $8.895 million on behalf of college students who paid tuition for in person classes during the COVID pandemic)

- *In RE: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation,* Case No. 1:23-cv-00669 (N.D. Ill) (served as co-lead counsel and obtained a settlement fund of $7.5 million on behalf of a national class of consumers who purchased food products alleged to have been deceptively labeled)

- *Susan Swetz, et al. v. GSK Consumer Health, Inc.,* Case No. 7:20-cv-04731 (S.D.N.Y) (served as co-lead counsel and obtained a settlement fund of $6.5 million and injunctive relief in the form of label modifications on behalf of a national class of consumers who purchased dietary supplements alleged to have been deceptively labeled)

- *Bryan Swetz v. The Clorox Company,* Case No. 7:22-cv-9374 (S.D.N.Y) (served as co-lead counsel and obtained a settlement fund of $5.65 million on behalf of a national class of consumers who purchased deceptively labled products alleged to have been contaminated with bacteria)

- *Run Them Sweet, LLC v. CPA Global, Ltd., et al*, Case No. 1:16-cv-1347 (E.D. VA.) (served as co-lead counsel and obtained a settlement fund of $5.6 million on behalf of consumers who were overcharged with respect to foreign patent renewal services)
- *Davenport, Sumner, et al. v. Discover Financial Services, et al.*, Case No. 15-cv-06052 (N.D. Ill) (served as co-lead counsel and obtained a settlement fund of $5.6 million for victims of violations of the Telephone Consumer Protection Act)
- *Qureshi, Maaz, et al. v. American University,* Case No. 20-cv-01141 (District of Columbia) (served as co-lead counsel and obtained a settlement fund of $5.439 million on behalf of college students who paid tuition for in person classes during the COVID pandemic)
- *Kincheloe, Arica, et al. v. The University of Chicago, et al.,* Case No. 20-cv-03015 (N.D. Ill) (served as co-lead counsel and obtained a settlement fund of $4.950 million on behalf of college students who paid tuition for in person classes during the COVID pandemic)
- *Rapoport-Hecht, Tziva et al. v. Seventh Generation, Inc.*, Case No. 14-cv-9087 (S.D.N.Y.) (served as co-lead counsel and obtained a settlement fund of $4.5 million and injunctive relief in the form of label modifications on behalf of a national class of consumers who purchased cleaning products alleged to have been deceptively labeled)
- *Delcid, Otto, et al. v. TCP HOT ACQUISITION LLC and IDELLE LABS, LTD.*, Case No. 21-cv-9569 (S.D.N.Y.) (served as co-lead counsel and obtained a settlement fund of $3.65 million on behalf of a national class of consumers who purchased antiperspirant/deodorant products alleged to have been contaminated with benzene)
- *Catalano, et al. v. Lyons Magnus, LLC, et al.,* No. 7:22-cv-06867-KMK (S.D.N.Y.) (served as co-lead counsel and obtained a settlement fund of $3.5 million on behalf of a national class of consumers who purchased deceptively labled products alleged to have been contaminated with bacteria)
- *Schmitt, et al. v. Younique, LLC*, No. 8:17-cv-01397-JVS-JDE (C.D. Cal.), (served as co-lead counsel and obtained a settlement fund of $3.25 million and injunctive relief in the form of label modifications on behalf of consumers in a case involving allegedly deceptive labeling of consumer products)
- *Staubus, Steven, et al. v. Regents of University of Minnesota, et al.,* No. 27-cv-20-8546 (State of Minnesota District Court, Hennepin County) (served as co-lead counsel and obtained a settlement fund of $3.25 million on behalf of college students who paid tuition for in person classes during the COVID pandemic)
- *Stewart, Hunter, et al. v. The University of Maine System,* Case No. 20-cv-537 (State of Maine Superior Court) (served as co-lead counsel and obtained a settlement fund of $2.15 million on behalf of college students who paid tuition for in person classes during the COVID pandemic)
- *Vincent, Wesley, et al. v. People Against Dirty, PBC. and Method Products, PBC.*, Case No. 7:16-cv-06936 (S.D.N.Y.) (served as co-lead counsel and obtained a settlement fund of $2.8 million and injunctive relief in the form of label modifications on behalf of a national class of consumers who purchased cleaning products alleged to have been deceptively labeled)
- *Porter, Ryan, et al., v. Emerson College,* Case No. 1:20-cv-11897 (District of Massachusetts) (served as co-lead counsel and obtained a settlement fund of $2.06 million on behalf of college students who paid tuition for in person classes during the COVID pandemic)

3

- *Bangoura, Almany Ismael, et al. v. Beiersdorf, Inc. and Bayer Healthcare, LLC*, Case No. 1:22-cv-00291-BMC (E.D.N.Y.) (served as co-lead counsel and obtained a settlement fund of $2.3 million on behalf of a national class of consumers who purchased sunscreen products alleged to have been contaminated with benzene)

- *Mayhew, Tanya, et al., v. KAS Direct, LLC and S.C. Johnson & Son, Inc.*, Case No. 16-cv-6981 (S.D.N.Y.) (served as co-lead counsel and obtained a settlement fund of $2.2 million and injunctive relief in the form of label modifications on behalf of a national class of consumers who purchased baby products alleged to have been deceptively labeled)

- *Barnes, et al.* v. *Unilever United States, Inc.,* Case No. 1:21-cv-6191 (N.D.Ill.) (served as co-lead counsel and obtained a settlement fund of $2 million on behalf of a national class of consumers who purchased antiperspirant/deodorant products alleged to have been contaminated with benzene)

- *Goldstein, Jason, et al. v. Henkel Corporation and Thriving Brands LLC,* Case No. 3:22-cv-00164-AWT (District of Connecticut) (served as co-lead counsel and obtained a settlement fund of $1.95 million on behalf of a national class of consumers who purchased antiperspirant/deodorant products alleged to have been contaminated with benzene)

- *Patora v. Colgate-Palmolive Co.,* Case No. 7:23-cv-01118-VB (S.D.N.Y) (served as co-lead counsel and obtained a settlement fund of $1.925 million on behalf of a national class of consumers who purchased deceptively labled products alleged to have been contaminated with bacteria)

- *Patora v. Tarte, Inc.*, Case No. 7:18-cv-11760-KMK (S.D.N.Y.) (served as lead counsel and obtained a settlement fund of $1.7 million and injunctive relief in the form of label modifications on behalf of a national class of consumers who purchased cosmetic products alleged to have been deceptively labeled)

- *Starke v. Stanley Black & Decker, Inc.*, Case No. C-03—CV-21-001091(Md. Cir. Ct., Baltimore County) (served as lead counsel and obtained settlement of $1.6 million and injunctive relief in the form of label and website modifications on behalf of a national class of consumers who purchased drill bits alleged to have been deceptively advertised)

- *Luib, Tony, et al., v. Henkel Consumer Goods Inc.,* Case No. 17-cv-03021 (E.D.N.Y.) (served as co-lead counsel and obtained a settlement fund of $1.5 million and injunctive relief in the form of label modifications on behalf of a national class of consumers who purchased cleaning products alleged to have been deceptively labeled)

- *Georgette Santa Maria, et al. v. Hyatt Equities LLC, et al.*, No. 2018-51928 (Dutchess County Supreme Court) (served as co-lead counsel and obtained a settlement fund on behalf of a national and NY class of employees who were not paid for all of the hours they worked and who did not receive appropriate overtime under federal and NY law)

## II.    Attorney Biographies

**Jason P. Sultzer**

Jason P. Sultzer is a nationally recognized trial lawyer and the founding partner of Sultzer & Lipari, PLLC. He represents clients throughout the United States in high profile litigations and has

substantial experience in class actions, mass torts, business disputes, personal injury litigation, product liability, and intellectual property-related issues.

Over the last twenty-five years, Mr. Sultzer has successfully defended and prosecuted nationally recognized companies in highly publicized class action lawsuits in state and federal courts, including proceedings before the Judicial Panel on Multidistrict Litigation.  These class actions involved a wide variety of matters, including unfair competition, breach of warranty, product-related issues, employment discrimination, civil rights, overtime wages, the Fair Debt Collection Practices Act, abusive mortgage lending practices, The Telephone Consumer Protection Act, and consumer protection statutes of nearly all fifty states.  Mr. Sultzer has been appointed as lead counsel in a number of class action lawsuits in which he has recovered millions of dollars and obtained injunctive relief on behalf of aggrieved consumers nationwide in cases involving fraudulent representations of various products, supplements, foods, and automobiles. In his capacity as lead counsel courts have referred to Mr. Sultzer's credentials as nothing short of sterling.

Mr. Sultzer is a frequent author and lecturer about class action lawsuits and has been quoted in national publications concerning the Class Action Fairness Act and class action settlements.

Mr. Sultzer has received the Martindale-Hubbell AV rating, indicating that his legal peers rank him at the highest level of professional excellence.  He was also named as a "Mass Tort Lawyer of the Year" by American Law Media, has been recognized as a Super Lawyer for the last ten years, and was selected for Lawdragon's list of 500 Leading Plaintiff Financial Lawyers for 2019, 2020, 2021 and 2023.  Mr. Sultzer, was also featured on the front cover of the Wall Street Journal's Legal Leader's magazine in 2014 and 2015 designating him as one of New York's top rated lawyers.  In addition, Mr. Sultzer has earned selection as a Senior Fellow of the Litigation Counsel of America (LCA), recognizing the country's top trial attorneys.  The LCA is an invitation-only honorary society that is composed of less than one-half of one percent of American lawyers.  Mr. Sultzer is also a member of the LCA's Trial Law and Diversity Institute and its Honorary Order of Juris (consisting of attorneys who have tried fifty or more bench or jury trials to verdict).

Prior to opening Sultzer & Lipari, PLLC, Mr. Sultzer was the youngest equity partner at one of the largest law firms in the country where he served as the co-chairman of its class action practice group.  Earlier in his career, Mr. Sultzer was in-house counsel for Owens Corning, a Fortune 500 Company, where he was involved in defending the company against tens of thousands of asbestos lawsuits throughout the country.

**Joseph Lipari**

Joseph Lipari is managing partner of Sultzer & Lipari, PLLC.  Mr. Lipari has litigated in state and federal courts throughout the United States, and he has appeared before binding arbitration panels. He has achieved numerous successful outcomes as counsel for plaintiffs and defendants, including verdicts and settlements.

He has successfully represented businesses in complex suits arising out of high-profile, catastrophic events including: underground mining accidents in Alabama; steel mill explosions in Pennsylvania and Louisiana; and extended unplanned shutdowns and outages in mills, plants, and factories located across the United States and abroad.

Mr. Lipari was featured in *Law*360 for a defense verdict he obtained on behalf of his manufacturer client. *See Moyer v. Siemens VAI Services and Signal Metal Industries, Inc.*, No. 2:11-cv-03185 (E.D. La.) (Louisiana jury found defendant was not liable for $2.6 million wrongful death award following a deadly molten steel eruption allegedly linked to equipment designed by the company's predecessor).

Mr. Lipari has created significant caselaw in the field of consumer class actions. *See, e.g., Silva, Christopher et al. v. Smucker Natural Foods, Inc. and J.M. Smucker Co.,* 14-cv-6154 (E.D.N.Y.); *Sitt v. Nature's Bounty, Inc. et al.*, 15-cv-04199 (S.D.N.Y.).

He is admitted to the bars of New York, Pennsylvania, and New Jersey.  He has also appeared as counsel, by way of *pro hac vice* admission, in over twenty states.  Mr. Lipari has lectured and published on topics including trial strategy, patent disputes, hydrofracking in the Marcellus Shale, and risk management practices.

Mr. Lipari is a 2002 graduate of Seton Hall University School of Law.  Before law school, he attended Officer Candidate School in Quantico, Virginia, and was offered a commission as Second Lieutenant in the United States Marine Corps.

Prior to joining Sultzer & Lipari, PLLC, Mr. Lipari was a partner at a prominent national litigation firm.  Earlier in his career, he was associated with one of the largest law firms in the country.

Mr. Lipari has received the Martindale-Hubbell AV rating, indicating that his legal peers rank him at the highest level of professional excellence.  He was also named as a "Mass Tort Lawyer of the Year" by American Law Media, and has been recognized as a Super Lawyer.

**Jeremy Francis**

Mr. Francis is a partner at Sultzer & Lipari, PLLC. His practice focuses on commercial litigation and consumer class actions.  Mr. Francis has litigated in state courts and federal courts throughout the country on behalf of both plaintiffs and defendants and has taken both civil and criminal trials to verdict.

Mr. Francis has fought on behalf of plaintiffs in national class actions under various state consumer protection laws, the Telephone Consumer Protection Act, the Fair Labor Standards Act and the New York State Labor Law, including arguing a false advertising claim before the Ninth Circuit Court of Appeals.  He has also represented corporate defendants in TCPA and wage and hour class actions, corporate contract disputes, FTC enforcement actions, as well as against various tort claims, including personal injury and asbestos litigation.

6

Prior to joining Sultzer & Lipari, PLLC, Mr. Francis was an Assistant District Attorney in the Kings County District Attorney's Office, where he prosecuted misdemeanor and felony cases, including driving while intoxicated, narcotics, gun possession, and assault. He tried close to a dozen cases and secured guilty verdicts in Kings County Criminal Court. Subsequently, Mr. Francis was associated with a prominent real estate litigation firm specializing in residential and commercial real estate disputes in New York City.  There, Mr. Francis represented tenants, landlords, cooperative and condominium boards, and guarantors in breach of contract and tort litigations,  as well as lenders and borrowers in disputes over multi-million dollar commercial real estate loans.

Mr. Francis interned for the Honorable Kiyo A. Matsumoto in the Eastern District of New York and gained experience drafting opinions concerning a wide range of federal issues. As an intern for the United States Attorney's Office in the Eastern District of New York, he played an integral role in securing convictions in a RICO murder re-trial involving complex issues of expert testimony admissibility.

Mr. Francis attended Yale University, where he graduated with honors in Political Science. He is a 2011 graduate of Vanderbilt University Law School, where he was an Articles Editor of the Vanderbilt Journal of Entertainment and Technology Law. His article, "The Kindle Controversy: An Economic Analysis of How the Amazon Kindle's Text-to-Speech Feature Violates Copyright Law" was published in the Fall of 2011.

**Daniel Markowitz**

Daniel Markowitz is a partner at the Sultzer & Lipari, PLLC.  He is an experienced litigator and class action attorney.  Mr. Markowitz is known for developing strong client relationships centered around professionalism, clear communication, and dedication to understanding and fighting for the needs of his clients.  He has represented clients on complex litigation in both federal and state court, including many high-profile cases involving prominent businesses. Representing plaintiffs, Mr. Markowitz has worked on class actions that resulted in settlements of over $50,000,000.00.

Mr. Markowitz received recognition by being selected to the NY Metro Super Lawyers Rising Stars list each year from 2014-2019, and was selected to the NY Metro Super Lawyers list in 2020.

Mr. Markowitz graduated cum laude from NYU and went on to receive his law degree from St. John's University.

Prior to joining Sultzer & Lipari, PLLC, Mr. Markowitz began his career as in-house counsel.  He then spent several years at a prominent litigation class action firm.  He is admitted to practice in New York State, as well as the United States District Courts for the Southern and Eastern Districts of New York.

**Philip Furia**

Philip Furia is a partner at Sultzer & Lipari, PLLC.

Mr. Furia is a highly experienced litigator who has spent more than a decade obtaining outstanding results for his clients in courts throughout the country.  He has handled high-stakes disputes and arbitration matters on behalf of plaintiffs and defendants, corporations and individuals.  Mr. Furia's diverse experience has included cases involving breach of contract, fraud, real estate, intellectual property and consumer protection.  When needed, he calls upon extensive experience as an appellate advocate, having briefed and argued many appeals.

Mr. Furia is a 2009 graduate of Seton Hall University School of Law.  Prior to joining the firm, Mr. Furia was a partner at both a renowned litigation boutique and an AmLaw 100 firm.

**Scott Silberfein**

Scott Silberfein is a partner at Sultzer & Lipari, PLLC.

Scott has 25+ years of substantial experience advocating for his clients in a variety of high-stakes, complex litigation matters, including class and collective actions involving fraud and breach of contract actions, alleged violations of RICO, and various federal and state consumer protection laws. Scott also represents parties in breach of fiduciary duty and partnership actions, fiduciaries and beneficiaries in sophisticated trusts and estates litigation and defending large, international law firms and their lawyers in professional liability claims. Scott has extensive experience representing companies in responding to and defending against investigations and lawsuits by Attorneys General.

Prior to joining Sultzer & Lipari, PLLC, Scott worked at Elman Freiberg PLLC, Moses & Singer LLP (for almost two decades), and before that, at Hodgson Russ LLP, and Wilson Elser, representing parties in complex litigations.

Among other civil volunteer responsibilities, Scott has served as President of the Board of Education of the Scarsdale Union Free School District, and as a member of the Board of Directors of the Crohn's & Colitis Foundation - Fairfield/Westchester Chapter, Westchester Reform Temple, Zeta Beta Tau Fraternity, Scarsdale Schools Education Foundation, and Scarsdale Youth Soccer Club.

Prior to attending law school, Scott worked in Washington, D.C, in the legislative offices of Congressman Gary Ackerman.