# EXHIBIT 1



**OnPoint Analytics, Inc.**
2000 Powell Street, Suite 860
Emeryville, CA 94608
Federal Tax ID #: 77-0637796
510-463-0137

**Statement as of March 7, 2025**

In the matter of *In re University of San Diego Tuition and Fees COVID-19 Refund Litigation*

Total Payments Received by Firm

| Invoice Date | Month Services Rendered | Invoice # | Amount Billed | Golan | Francis Mailman | Leeds Brown | Sultzer | Shegerian | Total Payments Received | Credit Issued 3.13.24 | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/13/2023 | Jan 2023 | 14696 | $ 3,300.00 | $ 660.00 | $ 660.00 | $ 660.00 | $ 660.00 | $ 660.00 | $ 3,300.00 | $ - | $ - |
| 03/14/2023 | Feb 2023 | 14706 | $ 71,145.00 | $ 14,229.00 | $ 14,229.00 | $ 14,229.00 | $ 14,229.00 | $ 14,229.00 | $ 71,145.00 | $ - | $ - |
| 04/10/2023 | Mar 2023 | 14733 | $ 77,162.50 | $ 15,432.50 | $ 15,432.50 | $ 15,432.50 | $ 10,111.00 | $ 15,432.50 | $ 71,841.00 | $ 5,321.50 | $ - |
| 06/15/2023 | Apr 2023 | 14746 | $ 148,386.25 | $ 19,678.50 | $ 20,000.00 | $ 19,678.50 | $ 24,370.00 | $ 29,677.25 | $ 113,404.25 | $ 36,872.00 | $ - |
| 06/15/2023 | May 2023 | 14784 | $ 2,250.00 | | | | $ 450.00 | $ 450.00 | $ 900.00 | $ - | $ - |
| 07/18/2023 | June 2023 | 14788 | $ 900.00 | | | | $ 180.00 | $ 180.00 | $ 360.00 | $ - | $ - |
| 11/12/2024 | October 2024 | 15109 | $ 4,037.50 | $ 807.50 | $ 807.50 | $ 807.50 | $ 807.50 | $ 807.50 | $ 4,037.50 | $ - | $ - |
| **Total** | | | **$ 307,181.25** | **$ 50,807.50** | **$ 51,129.00** | **$ 50,807.50** | **$ 50,807.50** | **$ 61,436.25** | **$ 264,987.75** | **$ 42,193.50** | **$ -** |