# REVISED EXHIBIT C

| Francis Mailman Soumilas, P.C. University of San Diego Tuition, COVID-19 Refund Litigation | |
|---|---|
| | TOTAL |
| Deposition Transcripts | $ 3,179.35 |
| Expert Witness Fees to OnPoint Analytics | $ 47,495.50 |
| Fed Ex | $ 175.82 |
| Outside Printing, Copying, and Mailing | $ 373.63 |
| Service Costs | $ 125.00 |
| Tech/Data Storage | $ 41.56 |
| **Travel Costs associated with travel to Hearing on Class Cert and Mot. To Strike Declarations** | **$ 2,333.58** |
|   Airfare (capped as economy rate) | $ 900.00 |
|   Hotel | $ 946.29 |
|   Cabs/Rideshare | $ 143.72 |
|   Meals | $ 343.57 |
| **Travel Costs associated with travel to Final Approval Hearing** | **$ 1,608.90** |
|   Airfare (capped as economy rate) | $ 683.93 |
|   Hotel | $ 507.60 |
|   Cabs/Rideshare | $ 179.44 |
|   Meals | $ 237.93 |
| **Total Travel** | **$ 3,942.48** |
| **Total Expenses** | **$ 55,333.34** |