James A. Francis*
Lauren K.W. Brennan, Esq. *
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market St., Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600

Carney R. Shegerian (SBN 150461)
Anthony Nguyen (SBN 259154)
**SHEGERIAN & ASSOCIATES, INC.**
11520 San Vincente Blvd.
Los Angeles, CA 90049
Tel: (310) 860-0770

Michael A. Tompkins, Esq.*
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
mtompkins@leedsbrownlaw.com

Jason P. Sultzer, Esq.**
Jeremy Francis, Esq.**
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue, Suite 1800
New York, NY 10016
Telephone: (212) 969-7810
sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

Yvette Golan, Esq.*
**THE GOLAN FIRM PLLC**
529 14th St., N.W., Suite 914
Washington, DC 20045
Tel: (866) 298-4150

*Admitted Pro Hac Vice*
** Pro Hac Vice Pending*

Counsel for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re University of San Diego Tuition and Fees COVID-19 Refund Litigation | Master File No. 20-CV-1946-RBM-VET |
| This document relates to:<br><br>All actions | **SUPPLEMENTAL DECLARATION OF MICHAEL A. TOMPKINS, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF FEES, COSTS, AND EXPENSES** |

I, Michael A. Tompkins, declare under penalty of perjury pursuant to the laws of the United States of America that the forgoing is true and correct to the best of my knowledge:

1.      I am a partner at Leeds Brown Law, P.C. ("LBL"). My firm, along with Francis Mailman Soumilas, P.C. ("FMS"), Sultzer & Lipari, LLP, The Golan Firm PLLC, and Shegerian & Associates, Inc., (collectively "Class Counsel") represent the Named Plaintiffs and the Settlement Class. I was admitted Pro Hac Vice to serve as Plaintiffs' counsel in this action. *See* Dkt. 53.

2.      I submit this declaration pursuant to the Court's March 7, 2025 Order for Plaintiffs to Submit Further Evidence Regarding Plaintiffs' Motion for Attorney's Fees. *See* Dkt. 244.

3.      Pursuant to Dkt. 244 and the prior submissions for attorney's fees, costs, and expenses (*see* Dkt. 241-2), this declaration provides additional details regarding the expert fees incurred by my firm. Also, I understand that my co-counsel will provide further details concerning the reasonable and necessary travel expenses incurred by my firm in connection with travel in this case.

4.      LBL did not and does not seek reimbursement for any travel expenses from the settlement proceeds. *See* Dkt. 241-2. While I traveled from New York to San Diego for a conference and oral argument on June 12, 2023 (*see* Dkt. 174) before Judge Larry Alan Burns that was necessary to the prosecution and ultimate success of this litigation, LBL does not seek reimbursement for any travel expenses including airfare, hotel, and ground transportation.

5.      LBL does seek reimbursement of $50,807.50 as payments made by LBL to Plaintiffs' expert at OnPoint Analytics. *See* Dkt. 241-2, Declaration of Michael A. Tompkins, Esq. at ¶ 34 (reflecting payment by Leeds Brown Law, P.C. of $50,807.50 to in two separate checks including #1533 and #1921).

SUPPLEMENTAL DECLARATION OF MICHAEL A. TOMPKINS, Esq.
PURSUANT TO DOCKET 244, THE COURT'S MARCH 7, 2025 ORDER

6.      My co-counsel Mr. James A. Francis of FMS has submitted a copy of summary statement for the case as Exhibit 1 (Dkt. 245-1), as well as the invoices and bills. *See* Dkt. 245, 245-1, 245-2, and 245-3. In that summary statement (Dkt. 245-1), Column 7 appears to accurately reflect $50,807.50 in payments received by On Point from LBL. I believe that the expert's reports were necessary and critical to the prosecution of this action given the complexity of establishing damages on behalf of the class, including as it evolved through discovery.

7.      If I can provide any additional information that would be helpful to the Court in evaluating Plainitffs' application, I am available, including any additional information related to any of the other expenses detailed in Paragraph 34 of my initial declaration (Dkt. 241-2).

Date: March 11, 2025                      /s/ Michael A. Tompkins*
                                          Michael A. Tompkins, Esq.*
                                          **LEEDS BROWN LAW, P.C.**
                                          1 Old Country Road, Suite 347
                                          Carle Place, NY 11514
                                          Tel: (516)873-9550

                                          *Admitted Pro Hac Vice*

                                          *Counsel for Plaintiffs and the Settlement Class*

4

SUPPLEMENTAL DECLARATION OF MICHAEL A. TOMPKINS, Esq.
PURSUANT TO DOCKET 244, THE COURT'S MARCH 7, 2025 ORDER