1  Yvette Golan, Esq. (admitted *pro hac vice*)
2  THE GOLAN FIRM PLLC
   529 14th St., N.W., Suite 914
3  Washington, DC 20045
   Telelphone: (866) 298-4150 ext. 101
4
5  Attorney for Plaintiff MATTHEW
   SHERIDAN, and on behalf of all others
6  similarly situated
7
   [*Additional counsel next page*]
8
9
10
11         **UNITED STATES DISTRICT COURT**
           **SOUTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13 In re University of San Diego Tuition and Fees COVID-19 Refund Litigation, | Master File No. 3:20-cv-01946-RBM-VET |
| 16 This Document Relates to:<br><br>All Actions | **SUPPLEMENTAL DECLARATION OF YVETTE GOLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL**<br><br>Case Filed: June 25, 2020<br><br>Trial Date:  Not Set |

21
22
23
24
25
26
27
28

1

**SUPPLEMENTAL DECLARATION OF YVETTE GOLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL**

Carney R. Shegerian, Esq., State Bar No. 150461
Anthony Nguyen, Esq., State Bar No. 259154
Erik Dos Santos, Esq., State Bar No. 309998
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone:  (310) 860 0770

Jason P. Sultzer, Esq. (*pro hac vice* pending)
Jeremy Francis, Esq. (admitted *pro hac vice*)
THE SULTZER LAW GROUP P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100

James A. Francis, Esq. (admitted *pro hac vice*)
Lauren KW Brennan, Esq. (admitted *pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600

Michael A. Tompkins, Esq. (admitted *pro hac vice*)
Anthony Alesandro, Esq. (admitted *pro hac vice*)
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550

*Attorneys for Plaintiffs*

2

**SUPPLEMENTAL DECLARATION OF YVETTE GOLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL**

I, YVETTE GOLAN, declare pursuant under penalty of perjury that the foregoing is true and correct:

1.    I am an attorney representing the Plaintiffs in the above-captioned matter. I submit this declaration pursuant to the Court's March 7, 2025 Order requiring the submission of further evidence of Plaintiffs' counsel's application for reimbursement of expert and travel expenses I incurred in connection with this litigation. Dkt. 244.

2.    I seek reimbursement for the $430.35 in travel expenses I incurred in representing one of the original plaintiffs, Haley Martinez, at her deposition. Dkt. 241-4, Exhibit A. The Defendant requested Ms. Martinez's deposition be conducted in-person in Philadelphia, PA. Because I am based in Washington DC, I had to travel to represent Ms. Martinez, and I incurred $343.39 in transportation expenses (roundtrip economy[1] train transportation between Washington DC and Philadelphia, and car transportation from the deposition site to the Philadelphia train station) and $86.96 in travel meal expenses (dinner for me and the deponent at the conclusion of the deposition, which ended at 8:35 PM).  Further details are provided in **Exhibit B** to this declaration.

3.    As detailed further in my previous declaration, Dkt. 241-4, I also seek $50,807.50 for expert fees. My co-counsel, James A. Francis, has submitted a separate declaration (Dkt. 245) and summary statement (Dkt. 245-1) of these expert fees. My payment of $50,807.50 is accurately reflected in the fifth column of the summary statement. The tasks the expert performed, the amount of time spent per activity, and the reasonableness of the time expended

---

[1]    There are two classes of transportation for the Acela train: "Business Class" (the cheaper option) and "First Class." Both trips were on Business Class.

3

**SUPPLEMENTAL DECLARATION OF YVETTE GOLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL**

1  is further evinced in the detailed invoices I received and that Mr. Francis will

2  submit for *in camera* review. *See* Dkt. 245 at ¶¶ 8-9. Given the complexity of

3  establishing damages on a class-wide basis, I believe these costs were necessary

4  and critical to securing a settlement for the class.

5          4.      Both the travel costs and expert costs would normally be

6  reimbursed by fee-paying clients, as they are both reasonable and necessary to

7  effectively litigate this matter.

8

9

10

11      I declare under penalty of perjury under the laws of the United States of

12  America that the foregoing is true and correct.

13

14

15

16  Dated: March 11, 2025        /s/ Yvette Golan

17

18                              Yvette Golan, Esq. (admitted *pro hac vice*)
                                THE GOLAN FIRM PLLC
19                              529 14th St., N.W., Suite 914
                                Washington, DC 20045
20                              Tel: (866) 298-4150 ext. 101
                                Fax: (928) 441-8250
21                              ygolan@tgfirm.com

22

23

24

25

26

27                                  4

28  **SUPPLEMENTAL DECLARATION OF YVETTE GOLAN IN SUPPORT OF**
    **PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY'S FEES AND**
    **REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL**