# Exhibit B

Case 3:20-cv-01946-RBM-VET   Document 247-1   Filed 03/11/25   PageID.26149
Page 1 of 10

# The Golan Firm
A Better Kind of Law Firm

*The Golan Firm PLLC Itemized Travel Costs*
*In re University of San Diego Tuition and Fees COVID-19 Refund Litigation*

**Travel - Deposition of H. Martinez**

### Transportation

| | |
|---|---|
| Amtrak- Washington, DC to Philadelphia, PA | $240.00 |
| Amtrak- Philadelphia, PA to Washington, DC | $86.00 |
| Lyft - Ride to Deposition | $17.39 |

### Meals

| | |
|---|---|
| Ruth's Chris Steak House - Plaintiff Dinner | $86.96 |

**TOTAL**                                                                                                                              **$430.35**

**From:** Yve Golan ygolan@tgfirm.com
**Subject:** Fwd: Amtrak: eTicket and Receipt for Your 01/17/2023 Trip - YVETTE GOLAN - UPDATED
**Date:** February 13, 2025 at 2:11 PM
**To:** Katelyn Monostori kmonostori@tgfirm.com

# THE GOLAN FIRM
A BETTER KIND OF LAW FIRM

Yvette ("Yve") Golan
529 14th St. NW Suite 914
Washington, D.C. 20045
O 866 298 4150 ext 101
C 713 206 8250
F 928 441 8250
ygolan@tgfirm.com
www.tgfirm.com

This e-mail and any attachments may contain privileged, confidential or proprietary information. If you are not the intended recipient, any review, copying, or distribution of this e-mail or any attachment is strictly prohibited. If you have received this e-mail in error, please return it to the sender immediately, and permanently delete the original and any copies from your system.

Begin forwarded message:

**From:** etickets@amtrak.com
**Subject: Amtrak: eTicket and Receipt for Your 01/17/2023 Trip - YVETTE GOLAN - UPDATED**
**Date:** January 17, 2023 at 5:57:00 AM EST
**To:** YGOLAN@ME.COM

### SALES RECEIPT

Purchased: 01/16/2023 3:02 PM PT

Modified: 01/17/2023 2:56 AM PT

Thank you for your purchase.

1. Retain this receipt for your records.
2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.



Merchant ID 00920
1 Massachusetts Ave NW
Washington, DC 20001
800-USA-RAIL

Amtrak.com

# Reservation Number - 04B152

## Washington, DC - Union Station to Philadelphia, PA - William H Gray III 30th St. Sta. (One-Way)

JANUARY 16, 2023

### Billing Information

| | |
|---|---|
| YVETTE GOLAN<br>529 14TH ST NW<br>WASHINGTON, DC 20045<br><br>**Visa** ending in 0311 (Purchase)<br>Authorization Code 025484 | Total   $175.00 |

### Change Summary - Ticket Number 0170920004240

| | |
|---|---|
| **Original Amount Paid** | **$65.00** |
| Revised Trip Details | |
| **TRAIN 2154: Washington, DC - Union Station to Philadelphia, PA - William H Gray III 30th St. Sta. (One-Way)** | |
| Depart 7:00 AM, Tuesday, January 17, 2023 | |
| 1 ACELA BUSINESS CLASS SEAT | **$240.00** |
| Car 5 - Seat 7D | |
| **Ticket Terms & Conditions** | |
| ACELA SERVICE, NO PARTIAL REFUND IF USED IN OTHER SERVICE | |
| **Subtotal** | **$240.00** |
| **Revised Fare** | **$240.00** |
| **Total** | **$175.00** |

## Passengers

Yvette Golan

## Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.



Golan Yvette 20230...84.pdf

**From:** Yve Golan ygolan@tgfirm.com
**Subject:** Fwd: Amtrak: eTicket and Receipt for Your 01/17/2023 Trip - YVETTE GOLAN - UPDATED
**Date:** February 13, 2025 at 1:48 PM
**To:** Katelyn Monostori kmonostori@tgfirm.com

# THE GOLAN FIRM
A BETTER KIND OF LAW FIRM

Yvette ("Yve") Golan
529 14th St. NW Suite 914
Washington, D.C. 20045
O 866 298 4150 ext 101
C 713 206 8250
F 928 441 8250
ygolan@tgfirm.com
www.tgfirm.com

This e-mail and any attachments may contain privileged, confidential or proprietary information. If you are not the intended recipient, any review, copying, or distribution of this e-mail or any attachment is strictly prohibited. If you have received this e-mail in error, please return it to the sender immediately, and permanently delete the original and any copies from your system.

Begin forwarded message:

**From:** etickets@amtrak.com
**Subject: Amtrak: eTicket and Receipt for Your 01/17/2023 Trip - YVETTE GOLAN - UPDATED**
**Date:** January 17, 2023 at 9:07:21 PM EST
**To:** YGOLAN@ME.COM

### SALES RECEIPT



Purchased: 01/17/2023 6:06 PM PT

Thank you for your purchase.

1. Retain this receipt for your records.
2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

Merchant ID 00705
1 Massachusetts Ave NW
Washington, DC 20001
800-USA-RAIL

Amtrak.com

## Reservation Number - 05B6ED

### Philadelphia, PA - William H Gray III 30th St. Sta. to Washington, DC - Union Station (One-Way)

JANUARY 17, 2023

### Billing Information

YVETTE GOLAN
529 14TH ST NW
WASHINGTON, DC 20045

**Visa** ending in 0311 (Purchase) Authorization Code 073238

Total  $86.00

### Purchase Summary - Ticket Number 0170705080878

**TRAIN 2173: Philadelphia, PA - William H Gray III 30th St. Sta. to

**Washington, DC - Union Station (One-Way)**

Depart 9:28 PM, Tuesday, January 17, 2023

| | |
|---|---|
| 1 ACELA BUSINESS CLASS SEAT | **$86.00** |
| Car 2 Quiet Car - Seat 2F | |
| **Ticket Terms & Conditions** NOT VALID ON OTHER DATES/TRAINS NON-REFUNDABLE, EXCHANGES PERMITTED FOR OTHER RAIL FARE PURCHASES | |
| **Subtotal** | **$86.00** |
| **Total Charged by Amtrak** | **$86.00** |

## Passengers

Yvette Golan

## Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, contact us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder. The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.



Golan Yvette 20230...76.pdf

**From:** Yve Golan ygolan@tgfirm.com
**Subject:** Fwd: Your ride with Mahdi on January 17
**Date:** February 13, 2025 at 2:12 PM
**To:** Katelyn Monostori kmonostori@tgfirm.com

### THE GOLAN FIRM
A BETTER KIND OF LAW FIRM

Yvette ("Yve") Golan
529 14th St. NW Suite 914
Washington, D.C. 20045
O 866 298 4150 ext 101
C 713 206 8250
F 928 441 8250
ygolan@tgfirm.com
www.tgfirm.com

This e-mail and any attachments may contain privileged, confidential or proprietary information. If you are not the intended recipient, any review, copying, or distribution of this e-mail or any attachment is strictly prohibited. If you have received this e-mail in error, please return it to the sender immediately, and permanently delete the original and any copies from your system.

> Begin forwarded message:
>
> **From:** Lyft Receipts <no-reply@lyftmail.com>
> **Subject: Your ride with Mahdi on January 17**
> **Date:** January 17, 2023 at 9:01:14 PM EST
> **To:** ygolan@me.com



**JANUARY 17, 2023 AT 8:41 AM**

## Thanks for riding with Mahdi!

100% of tips go to drivers. **Add a tip**

| | |
|---|---:|
| Lux Black fare (1.25mi, 9m 53s) | $17.15 |
| Philadelphia City Fee | $0.24 |

 Visa *0311     **$17.39**

Enjoy member exclusive savings. **Try the new Lyft Pink free**



- **Pickup**  8:41 AM
  7 N 30th St Philadelphia, PA

- **Drop-off**  8:51 AM
  1 N 19th St, Philadelphia, PA

# Tipping is the best way to say thanks

Show Mahdi some love for good service.

**TAP TO TIP**

# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

**GET BUSINESS PROFILE**

**Tip driver**

**Find lost item**

**Request review**

To protect against unauthorized behavior, you may see an authorization hold on your bank statement. This is to verify your payment method and will not be charged.

To share comments or complaints about your ride, you may contact either the Philadelphia Parking Authority at (215) 683-9440 or the PA Public Utilities Commission by visiting http://www.puc.state.pa.us/ or calling 1-800-693-7380.

Help Center

Receipt #1768060861715773510

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2023 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

```
         Ruth's Chris Steak H
           at the Sonesta Hotel
             1800 Market Street
           Philadelphia, PA 19103
               (215) 790-1515
              1/17/2023 1:12 PM

TABLE                              29
SERVER                    3176/Chontai
CHECK                            1152
              Customer Copy

Terminal ID: 1449
Card No.: XXXXXXXXXXXX0311(C)
Expiry Date: **/**
Card Type: VISA
Trans Type: Auth
Check No.: 1152
Trans Time: 1/17/2023 1:12:53 PM
Name On Card: GOLAN/ YVETTE
Entry Mode: icc
Auth Code: 064822
Mode:                         Issuer
AID: a0000000031010
TVR: 8000008000
TSI: 6800
IAD: 06120950200
ARC: 00
CVM Result: 5e0000
App Label: VISA DEBIT

              SUBTOTAL      $ 66.96

                 TIP         20.00

                TOTAL        86.96

                Approved

           Approved with Signature


   Thank you for letting us serve you.
       Make your reservations now
     for our upcoming Tastemaker Dinner
```