Carney R. Shegerian, State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, State Bar No. 259154
ANguyen@Shegerianlaw.com
Erik Dos Santos, State Bar No. 309998
EDossantos@shegerianlaw.com
**SHEGERIAN & ASSOCIATES, INC.**
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number: (310) 860-0770
Facsimile Number: (310) 860-0771

Attorneys for Plaintiff CATHERINE HOLDEN,
Individually, and behalf of all others similarly situated

[*Additional Counsel next page*]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re University of San Diego Tuition and Fees COVID-19 Refund Litigation, | Lead Case No.: 3:20-cv-01946-RBM-VET |
| This document relates to:<br><br>All Actions. | **SUPPLEMENTAL DECLARATION OF ERIK DOS SANTOS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL**<br><br>Consolidated Complaint Filed: April 28, 2021<br>Trial Date: Not Set |

-1-
**SUPPLEMENTAL DECLARATION OF ERIK DOS SANTOS**

Yvette Golan (admitted *pro hac vice*)
**THE GOLAN FIRM PLLC**
529 14th Street N.W., Suite 914
Washington, DC 20045
Tel: (866) 298-4150
Fax: (928) 441-8250
ygolan@tgfirm.com

Michael Tompkins (admitted *pro hac vice*)
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
mtompkins@leedsbrownlaw.com

James A. Francis (admitted *pro hac vice*)
Lauran K.W. Brennan (admitted *pro hac vice*)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market St., Suite 2510
Philadelpha PA 19103
215.735.8600

Jason P. Sultzer (*pro hac vice pending*)
Jeremy Francis (*pro hac vice pending*)
**THE SULTZER LAW GROUP, P.C.**
270 Madison Avenue, Suite 1800
New York, NY 10016
T: (347) 657-5533
sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

*Attorneys for Plaintiffs*

**SUPPLEMENTAL DECLARATION OF ERIK DOS SANTOS**

# DECLARATION OF ERIK DOS SANTOS

I, Erik Dos Santos, declare:

1.  I am an associate of the law firm Shegerian & Associates, Inc. ("S&A"), attorneys of record for Plaintiffs in this Action. I am admitted to practice before all courts of the State of California. I am Plaintiffs' Counsel for the above-captioned class action and have personal knowledge of the facts thereto. I make this declaration upon my personal knowledge and, if called upon and sworn as a witness, I could and would competently testify hereto.

2.  I submit this Declaration in support of Plaintiffs' Motion for Final Approval and to address the Court's Order regarding Plaintiffs' travel expenses.

## Shegerian & Associates' Travel Expenses

3.  I attached my firm's costs as **Exhibit A** to my declaration in support of final approval.

4.  My firm seeks a total of $317.51 in travel related expenses.

5.  These expenses includes travel for attorney Cheryl Kenner on June 12, 2023 for the class certification hearing and Defendant's motion to strike witness declarations. My firm seeks these travel expenses for her travel from her Brentwood, Los Angeles residence to this Courthouse, which is an approximately 280-mile round trip. With a mileage reimbursement rate of $.625 per mile (which is less than the IRS reimbursement rate), this equates to $175.00. Additionally, this includes $33.00 that was paid for in parking, for a total of $208.00.

6.  My firm also seeks reimbursement for meal costs for the same hearing on June 12, 2023 for $109.51 for Plaintiffs' counsel's lunch.

7.  A true and correct copy of the receipts for parking and meals are attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

-3-

**SUPPLEMENTAL DECLARATION OF ERIK DOS SANTOS**

1  Executed this 11th day of March 2025 at San Diego, California.

_____
Erik Dos Santos

# EXHIBIT 1



# COCO MAYA
BY MISS B'S

Coco Maya by Miss B's
1660 India St.
San Diego, CA 92101

Server: Noelle M
Check #38                    Table 107
Ordered:              6/12/23 1:33 PM

Topo Chico                       $5.00
Coco Maya Coctel                $15.00
Maya Tko Pibil Tacos            $15.61
Chilaquiles                     $33.64
Churros                         $14.56
5% service charge (5.00%)        $4.19

Subtotal                        $88.00
Tax                              $6.51
Tip                             $15.00
Total                          $109.51

Input Type          C (EMV Chip Read)
VISA CREDIT              xxxxxxxx8483
Time                          2:35 PM

Transaction Type                  Sale
Authorization                 Approved
Approval Code                  93868C
Payment ID               9XTnNHjRJKWj
Application ID        A0000000031010
Application Label          VISA CREDIT
Terminal ID         0b6ae6d7594ac36d
Card Reader                     BBPOS
                CHERYL KENNER



Receipt

P/S #05
T/D #01
Entry Time      A Payment No.00000360
Paid Time            Ticket No.009066
Parking Time   06/12/2023 (Mon) 10:51
Parking Fee    06/12/2023 (Mon) 15:09
                                 4:18
                      Rate A   $33.00

MASTERCARD
Account #        ************8437
Slip #                       05159
Auth Code             0000012001
Credit Card Amount          $33.00
Cash Amount                  $0.00

Total                       $33.00

Thank You for Your Visit
Please Come Again !

**In re University of San Diego Tuition and Fees**
**USDC CASE NO.: 3:20-cv-01946-RBM-VET**

# CERTIFICATE OF SERVICE

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On March 11, 2025, I served the foregoing document, described as **SUPPLEMENTAL DECLARATION OF ERIK DOS SANTOS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL** on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above. Pursuant to Fed. R. Civ. P. 5(b)(2)(e) and written agreement between the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at their electronic notification addresses, by transmitting said documents in portable document format from the email address EDossantos@shegerianlaw.com.

☒ **(BY CM/ECF SYSTEM)** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in the case.

☒ **(FEDERAL)** I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2025, at Los Angeles, California.

*Sydney Townes*
Sydney Townes

-5-
**CERTIFICATE OF SERVICE**

**SERVICE LIST**

| | |
|---|---|
| Michael C. Sullivan<br>Aaron A. Buckley<br>**QUARLES & BRADY LLP**<br>101 West Broadway, Ninth Floor<br>San Diego, CA 92101-8285 | mike.sullivan@quarles.com<br>aaron.buckley@quarles.com |
| Zachary Foster<br>Margie J. Kupsik<br>**QUARLES & BRADY LLP**<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195 | Zachary.Foster@quarles.com<br>Margie.kupsik@quarles.com |
| Joshua David Maggard<br>Joseph P. Poehlmann<br>**QUARLES & BRADY LLP**<br>411 East Wisconsin Ave., Suite 2400<br>Milwaukee, WI 53202-4426 | joshua.maggard@quarles.com<br>Joseph.Poehlmann@quarles.com<br><br>*Attorneys for Defendant*<br>*University of San Diego* |
| James A. Francis<br>John Soumilas<br>Lauren K.W. Brennan, Esq.<br>**FRANCIS MAILMAN SOUMILAS, P.C.**<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19103 | jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com<br><br><br>*Attorneys for Plaintiffs* |
| Yvette Golan<br>**THE GOLAN FIRM**<br>529 14th St., N.W., Suite 914<br>Washington, DC 20045 | ygolan@tgfirm.com<br><br><br>*Attorneys for Plaintiffs* |
| Michael Tompkins<br>**LEEDS BROWN LAW**<br>One Old Country Road, Suite 347<br>Carle Place, NY 11514-1851 | mtompkins@leedsbrownlaw.com<br><br><br>*Attorneys for Plaintiffs* |
| Jason Sultzer<br>Jeremy Francis<br>**THE SULTZER LAW GROUP, P.C.**<br>270 Madison Avenue, Suite 1800<br>New York, NY 10016 | sultzerj@thesultzerlawgroup.com<br>francisj@thesultzerlawgroup.com<br><br><br>*Attorneys for Plaintiffs* |