| | |
|---|---|
| Yvette Golan, Esq.*<br>**THE GOLAN FIRM PLLC**<br>529 14th St., N.W., Suite 914<br>Washington, DC 20045<br>866.298.4150 ext. 101 | Michael A. Tompkins, Esq.*<br>**LEEDS BROWN LAW, P.C.**<br>One Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516.873.9550<br>mtompkins@leedsbrownlaw.com |
| Cheryl A. Kenner (SBN 305758)<br>**SHEGERIAN & ASSOCIATES, INC.**<br>11520 San Vicente Blvd.<br>Los Angeles, CA 90049<br>310.860.0770 | |
| Jason P. Sultzer, Esq.**<br>Jeremy Francis, Esq.**<br>**SULTZER & LIPARI, PLLC**<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601<br>845.483.7100<br>sultzerj@thesultzerlawgroup.com<br>francisj@thesultzerlawgroup.com | James A. Francis, Esq.*<br>Lauran K.W. Brennan, Esq.*<br>**FRANCIS MAILMAN SOUMILAS, P.C.**<br>1600 Market St., Suite 2510<br>Philadelphia PA 19103<br>215.735.8600<br><br>*Admitted Pro Hac Vice<br>**Pro Hac Vice Pending |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re University of San Diego Tuition and Fees COVID-19 Refund Litigation.<br>_____<br><br>This document relates to:<br><br>   All Actions | Master File No. 20-CV-1946-LAB-WVG<br><br>**SUPPLEMENTAL DECLARATION OF JASON SULTZER IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF COSTS & FEES**<br><br>Hon. Ruth Bermudez Montenegro |

I, Jason P. Sultzer, Esq., declare as follows:

1. I am a partner at Sultzer & Lipari, PLLC (formerly The Sultzer Law Group, P.C), I am an attorney admitted to practice law in the State of New York and my application to be admitted *pro hac vice* to appear before this Court is pending. I am Plaintiffs' Counsel for the above-captioned class action and have personal knowledge of the facts thereto. I make this declaration upon my personal knowledge and, if called upon and sworn as a witness, I could and would competently testify hereto.

2. I submit this supplemental Declaration in further support of Plaintiffs' Motion for attorneys' fees and costs.

3. On February 14, 2025, and February 19, 2025, I submitted declarations in support of Plaintiffs' Motion for attorneys' fees and costs and expenses stating that that during the course of this Action, Sultzer & Lipari incurred $54,240.29 in unreimbursed litigation costs and expenses, including $2,793.77 in travel expenses. (ECF No. 241-5 & 242).

4. On March 7, 2025, the Court ordered Plaintiffs' counsel to submit, *inter alia*, additional information with respect to their expert and travel costs specifying how those costs were incurred.

5. Pursuant to the Court's order, a detailed description of Sultzer & Lipari's travel costs associated with this litigation is set forth below.

| DESCRIPTION OF TRAVEL EXPENSE | EXPENSE AMOUNT |
|---|---|
| June 11, 2023, Economy Class round trip flight by attorney Jeremy Francis from Newark, New Jersey to San Diego California for class certification hearing held on June 12, 2023 | $816.15 |
| Accommodations at the Guild Hotel for the night of June 11, 2023, for Attorney Francis | $274.99 |
| Car Fare for Attorney Francis on June 11, 2023, and June 12, 2023 | $94.52 |
| Meals for Attorney Francis on June 11, 2023 - June 12, 2023 | $21.91 |
| February 10, 2024, round trip flight by attorney Jason Sultzer from Miami, Florida to New York, New York for in-person meeting with attorneys from Leeds Brown regarding strategic issues regarding settlement and class counsel. | $1,586.20 |
| TOTAL | $2,793.77 |

6. Attorney Francis also traveled from New Jersey to San Diego to attend the Court conference regarding Plaintiffs' motion for final approval of the settlement on March 3, 3025. Sultzer & Lipari has not sought to recover the travel and accommodation expenses associated with that trip.

7. These expenses are reflected in the books and records of Sultzer & Lipari and were reasonably and necessarily incurred in connection with the prosecution of this litigation.

8. With respect to the expert costs incurred by Plaintiffs' counsel, Sultzer & Lipari seeks reimbursement of $50,807.50 as payments made to Plaintiffs' expert

at OnPoint Analytics. See Dkt. 242. My co-counsel Mr. James A. Francis of Francis Mailman Soumilas, P.C. has submitted a copy of summary statement from OnPoint for this litigation as Exhibit 1, as well as the invoices and bills. In that summary statement, Column 8 appears to accurately reflect $50,807.50 in payments received by OnPoint from Sultzer & Lipari. The work reflected in OnPoint's summary statement and invoices was necessary and critical in accurately calculating damages on behalf of the class, prosecuting this action, and reaching a successful classwide settlement.

Dated: March 11, 2025

                                                          _/s/ Jason P. Sultzer_
                                                           Jason P. Sultzer