

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Haley Martinez; Matthew Sheridan; Catherine Holden; Edgar Chavarria | Civil Action No. 20CV1946-RBM-VET |
| **Plaintiff,** | |
| V. | |
| University of San Diego | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' motion for final approval of the Class Action Settlement is granted.

| | |
|---|---|
| Date: 3/21/25 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By: s/ J. Petersen <br> J. Petersen, Deputy |