March 30, 2025



FILED
APR 0 1 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

THE HONORABLE RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*In re Univ. of San Diego Tuition & Fee COVID Refund Litigation,* Case No. 3:20-cv-1946-RBM-VET
(United States District Court for the Southern District of California)

Dear Judge Montenegro,

I am in receipt of your Order granting final approval in the above case.

Based on my objections being overruled, I would like to remain as part of the settlement class.

Sincerely,

*[signature]*

Eric Bodman

